**CERTIFICATE OF SERVICE**

The undersigned attorney certifies that true and correct copy of the foregoing Rule 26(f) Report was served this date by first class mail, postage prepaid, on counsel for the parties as follows:

>Adam M. Starr, Esquire
>Garber, Kasten, Jarve & Mullen, P.A.
>1310 Kings Highway North
>Cherry Hill, NJ 08034

>_____
>PAUL G. SHAPIRO
>Assistant United States Attorney

Dated: October _16_, 2002