IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHRISTOPHER CRENSHAW,** | : | **CIVIL ACTION** |
| **ADMINISTRATOR OF THE ESTATE OF** | : | |
| **THOMAS CRENSHAW, DECEASED** | : | |
| | : | |
| | : | |
| **vs.** | : | **NO.   02-4006** |
| | : | |
| | : | |
| **UNITED STATES OF AMERICA** | : | |

## ORDER

**AND NOW**, this 6th day of June, 2003, it is **ORDERED** that a **PRETRIAL CONFERENCE** shall be held on June 26, 2003, at 4:00 p. m. in Room 4006, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

BY THE COURT:

_____
TIMOTHY J. SAVAGE,  J.