IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CHRISTOPHER CRENSHAW, Administrator : CIVIL ACTION
of the Estate of THOMAS CRENSHAW, Deceased :
:
v. :
:
UNITED STATES OF AMERICA : NO. 02-4006

## ORDER

AND NOW, this 13th day of August, 2003, upon consideration of correspondence to the Court from Defendant's counsel dated August 12, 2003, it is hereby **ORDERED** that the Clerk is directed to remove this case from my docket and return it to the calendar of the Honorable Timothy J. Savage.

BY THE COURT:

_____
M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE