IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHRISTOPHER CRENSHAW,** | : | **CIVIL ACTION** |
| Administrator of the Estate of | : | |
| **THOMAS CRENSHAW** | : | |
| | : | **No. 02-CV-4006** |
| **v.** | : | |
| | : | |
| | : | |
| **UNITED STATES OF AMERICA** | : | |

**AMENDED SCHEDULING ORDER**

**AND NOW**, this 4th day of September, 2003, following a telephone conference with counsel, it is **ORDERED** that the Scheduling Order of July 2, 2003, is amended as follows:

1.  Depositions of the parties' experts shall be concluded no later than **October 6, 2003**.

2.  All motions for summary judgment and/or *Daubert* motions shall be filed no later than **October 15, 2003**, responses to any such motions shall be filed within the time permitted under Local Rule 7.1(c). Motions for summary judgment and responses shall be filed in the form prescribed in the Court's Notice to Counsel and Judge Savage's Scheduling and Motion Policies and Procedures, specifically:

    (a)  The movant shall file, in support of the motion for summary judgment, a Statement of Undisputed Facts which sets forth, in numbered paragraphs, all material facts which the movant contends are undisputed;

    (b)  The respondent shall file, in opposition to the motion for summary judgment, a separate Statement of Disputed Facts, responding to the numbered paragraphs set forth in the movant's Statement of Undisputed Facts, which the respondent

contend present a genuine issue to be tried. The respondent also shall set forth, in separate numbered paragraphs, any additional facts which the respondent contends preclude summary judgment.

(c)    All material facts set forth in the Statement of Undisputed Facts required to be served by the movant shall be taken by the Court as admitted unless controverted by the opposing party.

(d)    Statements of material facts in support of or in opposition to a motion for summary judgment shall include specific and not general references to the parts of the record which support each of the statements. Each stated fact and each statement that a material fact is disputed shall cite the source relied upon, including the title, page and line of the document supporting the statement.

Failure of the movant to follow this procedure in all respects will result in the denial of the motion. Respondent's failure to comply will result in the Court's considering the motion as uncontested.

3.    On or before **October 10, 2003**, counsel for each party shall serve upon counsel for every other party:

(a) the original or a copy of each exhibit they expect to offer at trial in furtherance of their respective contentions.  Each party shall mark its trial exhibits <u>in advance of trial</u> with consecutive numbers appropriately prefixed with an identifying letter of counsel's choice;

(b) curriculum vitae for each expert witness expected to testify; and

(c) a specific identification of each discovery item expected to be offered into evidence.

4.  All parties shall prepare and file with the Clerk of Court their pretrial memoranda in accordance with this Order and Local Rule of Civil Procedure 16.1(c), as follows:

> Plaintiff - on or before **October 10, 2003**.
>
> Defendant - on or before **October 17, 2003**.

In addition to compliance with Local Rule of Civil Procedure 16.1(c), the parties shall include in or attach to their pretrial memoranda the following:

(a) a listing of the identity of each expert witness to be called at trial by the party;

(b) a curriculum vitae for each expert witness listed;

(c) a listing of each fact witness to be called at trial with a brief statement of the nature of their expected testimony (witnesses not listed may not be called by that party in its case-in-chief);

(d) an itemized statement of claimant's damages or other relief sought;

(e) a statement of any anticipated important legal issues on which the Court will be required to rule, together with counsel's single best authority on each such issue.

The pretrial memoranda shall be filed with the Clerk of the Court and two (2) copies shall be delivered to the Court.

5.  A final pretrial conference will be held on **October 21, 2003 at 4:00 p.m.** in Chambers (Room 7614).

6.  In all other respects, the Scheduling Order of July 2, 2003, remains in effect.

_____
TIMOTHY J. SAVAGE, J.

Case 2:02-cv-04006-TJS    Document 12    Filed 09/05/2003    Page 4 of 4