# ZOLTAN GABRIEL TURI, M.D.

## OFFICE ADDRESS

Cooper Hospital/University Medical Center
Cooper University Hospital D-385
One Cooper Plaza
Camden, NJ 08103
856.342.3488

## EDUCATION

1970    A.B. Degree, Harvard College, Cambridge, MA. Major: Biochemical Sciences
1974    M.D. Degree, Columbia University College of Physicians and Surgeons, New York, NY

## POSTGRADUATE TRAINING

1974 - 1977    Medical Resident, St. Luke's Hospital Center, New York, NY
1977 - 1978    Chief Medical Resident, St. Luke's Hospital Center, New York, NY
1978 - 1980    Research Fellow in Cardiology, Peter Bent Brigham Hospital, Boston, MA
1978 - 1980    Research Fellow in Medicine, Harvard Medical School, Boston, MA
1999           Visiting Scholar, peripheral vascular intervention, Polyclinique Essey-les-Nancy, France

## EMPLOYMENT

1980 - 1985    Instructor in Medicine, Harvard Medical School, Boston, MA
1980 - 1985    Associate in Medicine, Brigham and Women's Hospital, Boston, MA
1981 - 1985    Director, Electrocardiography Core Laboratory, National Heart, Lung & Blood Institute, Multicenter Investigation Limitation of Infarct Size (MILIS)
1985 - 1998    Director, Cardiac Catheterization Laboratory, Harper Hospital, Detroit, MI
1985 - 1998    Chief, Clinical Trials Section, Division of Cardiology, Harper Hospital, Detroit, MI
1985 - 1987    Assistant Professor, Wayne State University School of Medicine, Detroit, MI
1988 - 1997    Associate Professor, Wayne State University School of Medicine, Detroit, MI
1993 - 1998    Adjunct Associate Professor, Department of Internal Medicine, Thomas Jefferson University, Philadelphia, PA
1997 - 1999    Professor of Medicine, Wayne State University School of Medicine, Detroit, MI
1999 – 2001    Director, John Ross Cardiac Catheterization Laboratories, UCSD Medical Center, San Diego, CA
1999 - 2001    Chief, Interventional Cardiology, University of California San Diego, San Diego, CA
1999 - 2001    Professor of Medicine, University of California San Diego, San Diego, CA
2002 – 2003    Director, Invasive Cardiology, Hahnemann University Hospital, Philadelphia, PA
2002 – 2003    Professor of Medicine, Drexel University College of Medicine, Philadelphia, PA
2003 – Present Director, Cooper Vascular Center and Structural Heart Disease Center, Camden, NJ
2003 – Present Professor of Medicine, Robert Wood Johnson Medical School, University of Medicine and Dentistry of New Jersey

## LICENSURE AND BOARD CERTIFICATION

Licensure - States of California, Massachusetts, Michigan, New Jersey, New York, Pennsylvania
American Board of Internal Medicine (58983) 1977 – valid indefinitely
American Subspecialty Board of Cardiovascular Disease (58983) 1981 – valid indefinitely
American Subspecialty Board of Interventional Cardiology (58983) 1999 - valid until 2009



## HONORS AND AWARDS

| | |
|---|---|
| 1970 | Bachelor of Arts cum laude.  Harvard College |
| 1996 – | Best Doctors in America |

## MEMBERSHIPS AND OFFICES IN PROFESSIONAL SOCIETIES

American College of Cardiology

| | |
|---|---|
| 1983 – Present | Fellow |
| 1993 - 1998 | District Representative, Council of the Michigan Chapter, American College of Cardiology |
| 1994 - 1999 | Cardiac Catheterization Task Force, Michigan Chapter, American College of Cardiology |
| 1998 - 1999 | Secretary-Treasurer, Michigan Chapter, American College of Cardiology |

Other Fellowships:
American Federation of Clinical Research
American Heart Association, Fellow, Council on Clinical Cardiology
Society of Cardiac Angiography and Interventions, Fellow

Detroit Heart Club

| | |
|---|---|
| 1989 - 1990 | Secretary-Treasurer, Detroit Heart Club |
| 1990 - 1991 | Vice-President, Detroit Heart Club |
| 1991 - 1992 | President, Detroit Heart Club |

## PROFESSIONAL COMMITTEES AND ADMINISTRATIVE SERVICE

Committees

| | |
|---|---|
| 1985 - 1986/ | |
| 1989 - 1999 | Medical Advisory Committee, Harper Hospital |
| 1985 - 1999 | Cardiac Catheterization Committee, Harper Hospital |
| 1989 - 1999 | Radiation Safety Committee, Detroit Medical Center |
| 1990 - 1999 | Quality Assurance Committee, Division of Cardiology, Harper Hospital |
| 1991 - 1996 | Credentials Committee, Harper Hospital |
| 1992 - 1995 | Planning Committee, Annual Meeting Michigan Chapter of the American College of Cardiology (Chairman, 1993) |
| 1992 - 1993 | Greater Detroit Area Health Council, Interventional Cardiology Advisory Committee |
| 1992 - 1993 | Promotion and Tenure Committee, Department of Internal Medicine |
| 1993 - 1999 | Tissue/Invasive Procedures Committee, Harper Hospital |
| 1993 - 1995 | State of Michigan, Certificate of Need Commission, Cardiac Catheterization Services Advisory Committee |
| 1996 - 1998 | Executive Committee of the Medical Board, Harper Hospital |
| 1996 - 1997 | Academic Senate, Wayne State University |
| 1996 - 1997 | Research Committee, Academic Senate, Wayne State University |
| 1999 – 2001 | Chairman, Cardiology Quality Improvement Committee, University of California San Diego |

Editorial Boards

| | |
|---|---|
| 1988 - Present | Editorial Board, *Journal of Interventional Cardiology* |
| 1989 - Present | Editorial Board, *Journal of Invasive Cardiology* |
| 1991 - Present | Editorial Board, *Catheterization and Cardiovascular Intervention* |
| 2002 – Present | Editorial Board, *Journal of the American College of Cardiology* |

Reviewer – extramural grants

1994 - 1997    American Heart Association, Michigan Chapter
1998 - 1999    American Heart Association, Midwest Region

Reviewer - journals

1985 - Present  Reviewer, *American Journal of Cardiology*
1986 - Present  Reviewer, *Circulation*
1988 - Present  Reviewer, *Journal of the American College of Cardiology*
1992 - Present  Reviewer, *Annals of Internal Medicine*
2002 – Present  Reviewer, *New England Journal of Medicine*

Symposium course directorships

1990 - 1992    Cardiac Catheterization and Intervention Live Demonstration Course, Detroit, MI
1998           Transseptal and Percutaneous Balloon Mitral Valvuloplasty Training Course.
               Hyderabad, India.
2001           Diagnostic Cardiac Catheterization 2001, La Jolla, CA.

**EDUCATIONAL ACTIVITIES**

Medical Student/Resident/Fellowship Training

1977 - 1978    Columbia University College of Physicians and Surgeons
1978 - 1985    Harvard Medical School
1985 - 1999    Wayne State University
1999 - 2001    University of California San Diego
2002 – Present  Drexel University College of Medicine

Conference Coordination

1989 - 2001    Organizer, Weekly Cardiac Catheterization Teaching Conference
1990 - 2001    Teaching Rounds, Clinical Cardiology Service
1997           Michigan Chapter of the American College of Cardiology, Hemodynamics Tutorial for
               cardiology fellows
1998 - 2001    Organizer, Weekly Intervention Cardiology Conference

Program Coordination

1985 - 1999    Interventional Cardiology Fellowship Program Wayne State University
1999 - 2001    Interventional Cardiology Fellowship Program University of California San Diego

Advising/Mentoring/Tutoring

Dr. Peter Farkas, Director Cardiac Care Hungarian Institute of Cardiology, deceased, 1988-1991
Dr. Guido Schnyder, Visiting Scholar, Swiss National Research Council, 2000- present

**CLINICAL ACTIVITIES**

1985 - Present    Invasive and interventional cardiology including cardiac catheterization, coronary
                  angioplasty, and balloon valvuloplasty.
                  Clinical cardiology inpatient and outpatient care, rounds, outpatient care
                  Wayne State University Heart Valve Clinic (monthly sessions through 1999)

## PUBLICATIONS

1. Turi ZG and Cohn PF: How medical therapy of angina pectoris differs in patients over 65. *Geriatrics* 35:26-34, 1980.

2. Rude RE, Turi ZG, Brown EJ, Lorell BH, Colucci WS, Mudge Jr GH, Taylor CR, and Grossman W: Acute effects of oral pirbuterol on myocardial oxygen metabolism and systemic hemodynamics in chronic congestive heart failure. *Circulation* 64:139-145, 1981.

3. Lorell BH, Turi ZG, and Grossman W: Modification of left ventricular response to pacing tachycardia by nifedipine in patients with coronary artery disease. *Am J Med* 71:667-675, 1981.

4. Stone PH, Turi ZG, Geltman E, Jaffe A, and Muller JE: Efficacy of nifedipine therapy for refractory angina pectoris. *Am Heart J* 104:672-681, 1982.

5. Rude RE, Poole WK, Muller JE, Turi ZG, Rutherford J, Parker C, Roberts R, Raabe Jr DS, Gold HK, Stone PH, Willerson JT, Braunwald E, and the MILIS Study Group: Electrocardiographic and clinical criteria for the recognition of acute myocardial infarction. *Am J Cardiol* 52:936-942, 1983

6. Turi ZG: On differentiating acute myocardial infarction and acute pericarditis. *J Cardiovasc Med*, March 15, 1983.

7. Stone PH, Muller JE, Turi ZG, Geltman E, Jaffe AS, and Braunwald E: Efficacy of nifedipine therapy in patients with refractory angina pectoris: significance of the presence of coronary vasospasm. *Am Heart J* 106:644-652, 1983.

8. Turi ZG and Braunwald E: The use of beta blockers after myocardial infarction. *JAMA* 249:2512-2516, 1983.

9. Muller JE, Turi ZG, Pearle D, Schneider J, Serfas D, Morrison J, Stone P, Rude R, Rosner B, Sobel B, Hennekens C, and Braunwald E: Nifedipine versus conventional therapy for unstable angina pectoris: a randomized double-blind comparison. *Circulation* 69:728-739, 1984.

10. Muller JE, Morrison J, Stone PH, Rude RE, Rosner B, Roberts R, Pearle DL, Turi ZG, Schneider JF, Serfas DH, Tate C, Scheiner E, Sobel BE, Hennekens CH, and Braunwald E: Nifedipine therapy in patients with threatened and acute myocardial infarction: a randomized, double-blind, placebo controlled comparison. *Circulation* 69:740-747, 1984.

11. Roberts R, Croft C, Gold HK, Hartwell TD, Jaffe AS, Muller JE, Mullin SM, Parker C, Passamani ER, Poole WK, Raabe DS, Rude RE, Stone PH, Turi ZG, Sobel BE, Willerson JT, Braunwald E, and the MILIS Study Group: Effect of propranolol on myocardial infarct size in a randomized, blinded, multicenter trial. *N Engl J Med* 311:218-225, 1984.

12. Turi ZG, Rutherford JD, Roberts R, Muller JE, Jaffe AS, Rude RE, Raabe DS, Parker C, Stone PH, Hartwell TD, Lewis SE, Parker RW, Gold HK, Sobel BE, Willerson JT, Braunwald E, and Cooperating Investigators: The multicenter investigation of the limitation of infarct size (MILIS): comparison of enzymatic, scintigraphic and electrocardiographic criteria for detection of acute myocardial infarction. *Am J Cardiol* 55:1463-1468, 1985.

13. Muller JE, Stone PH, Turi ZG, Rutherford JD, Czeisler C, Parker C, Poole WK, Passamani E, Roberts R, Robertson T, Sobel BE, Willerson JT, and Braunwald E: Circadian variation in the frequency of onset of myocardial infarction. *N Engl J Med* 313:1315-1322, 1985.

14. Turi ZG and Wynne J: Acute interventions in the early treatment of myocardial infarction. *Mich Med* 84:541-546, 1985.

**PUBLICATIONS**, cont'd

15. Muller JE, Turi ZG, Stone PH, Rude RE, Raabe DE, Jaffe AS, Gold HK, Gustafson N, Poole WK, Passamani E, Smith TW, and Braunwald E: Digoxin therapy and mortality following acute myocardial infarction: experience in the MILIS study. *N Engl J Med* 314:265-271, 1986.

16. Turi ZG, Stone PH, Muller JE, Parker C, Rude RE, Raabe DE, Jaffe AS, Hartwell TD, Robertson TL, and Braunwald E: Implications for acute intervention related to time of hospital arrival in acute myocardial infarction. *Am J Cardiol* 58:203-209, 1986.

17. Lamas GA, Muller JE, Turi ZG, Stone PH, Rutherford JD, Jaffe AS, Raabe DS, Rude RE, Mark DB, Califf RM, Gold HK, Robertson T, Passamani ER, and Braunwald E: A simplified method to predict the occurrence of complete heart block during acute myocardial infarction. *Am J Cardiol* 57:1213-1219, 1986.

18. Stone PH, Turi ZG, Muller JE, Parker C, Hartwell TD, Rutherford JD, Jaffe AS, Raabe DS, Passamani E, Willerson JT, Sobel BE, Robertson TL, and Braunwald E: Prognostic significance of the exercise treadmill test performance six months after myocardial infarction. *J Am Coll Cardiol* 8:1007-1017, 1986.

19. Turi ZG, Campbell CA, Gottimukkala MV, and Kloner RA: Preservation of distal coronary perfusion during prolonged balloon inflation using an autoperfusion angioplasty catheter. *Circulation* 75:1273-1280, 1987.

20. Willich SN, Stone PH, Muller JE, Tofler GH, Crowder J, Parker C, Rutherford JD, Turi ZG, Robertson T, Passamani E, Braunwald E, and the MILIS Study Group: High-risk subgroups of patients with non-Q wave myocardial infarction based on direction and severity of ST segment deviation. *Am Heart J* 114:1110-1119, 1987.

21. Roberts R, Braunwald E, Muller JE, Croft C, Gold HK, Hartwell TD, Jaffe AS, Mullin SM, Parker C, Passamani ER, Poole WK, Robertson T, Raabe Jr. DS, Rude RE, Stone PH, Turi ZG, Sobel BE, Willerson JT, and the MILIS Study Group: The effect of hyaluronidase on mortality and morbidity in patients with early peaking of plasma MB creatine kinase and nontransmural ischemia: the multicenter investigation for the limitation of infarct size (MILIS). *Brit Heart J* 60:290-298, 1988.

22. Stone PH, Raabe DS, Jaffe AS, Gustafson N, Muller JE, Turi ZG, Rutherford JD, Poole WK, Passamani E, Willerson JT, Sobel BE, Robertson T, and Braunwald E: Prognostic significance of location and type of myocardial infarction: independent adverse outcome associated with anterior location. *J Am Coll Cardiol* 11:453-463, 1988.

23. Turi ZG, Rezkalla S, Campbell CA, and Kloner RA: Amelioration of ischemia during angioplasty of the left anterior descending coronary artery with an autoperfusion catheter. *Am J Cardiol* 62:513-517, 1988.

24. Rezkalla S, Moushmoush B, Connors BC, and Turi ZG: Monitoring of ischemia during percutaneous coronary angioplasty: influence of guidewire, balloon placement, and lead selection. *Cath Cardiovasc Diag* 15:233-236, 1988.

25. Stone PH, Ware JH, DeWood MA, Gore JM, Eich RH, Pietro DA, Parisi AF, Nesto RW, Boden WE, Sharma SC, Vlay SC, Ennis LE, Gianelly RE, Turi ZG, McCall NT, Curtis DG, Chierchia S, Maseri A, and Braunwald E: The efficacy of the addition of nifedipine in patients with mixed angina compared to patients with classic exertional angina: a multicenter, randomized, double-blind, placebo-controlled clinical trial. *Am Heart J* 116:961-971, 1988.

**PUBLICATIONS,** cont'd

26. Hackel DB, Sevilla MD, Mikat EM, Reimer KA, Ideker RE, and Turi ZG: Comparison of patients with acute anterior or posterior myocardial infarcts with and without complete heart block. *Am J Cardiovasc Pathol* 2:105-126, 1988.

27. Rezkalla S, Kloner RA, Ensley J, Al-Sarraf M, Revels S, Olivenstein A, Bhasin S, Kerpel-Fronius F, and Turi ZG: Continuous ambulatory electrocardiographic monitoring during 5-Fluorouracil therapy: a prospective study. *J Clin Onc* 7:509-514, 1989.

28. Campbell CA, Rezkalla S, Kloner RA and Turi ZG: The autoperfusion balloon angioplasty catheter limits myocardial infarct size following prolonged balloon inflation. *J Am Coll Cardiol* 14:812-819, 1989.

29. Stone PH, Muller JE, Hartwell T, York BJ, Rutherford JD, Parker CB, Turi ZG, Strauss HW, Willerson JT, Robertson T, Braunwald E, and Jaffe AS: The effect of diabetes mellitus on prognosis and serial left ventricular function following acute myocardial infarction: contribution of both coronary disease and diastolic left ventricular dysfunction to the adverse prognosis. *J Am Coll Cardiol* 14:49-57, 1989.

30. Rezkalla S, Turi ZG, Keedy D, Precevski P, and Kloner RA: Left main coronary angioplasty in a sheep model using a new left main autoperfusion balloon catheter. *J Inv Cardiol* 1:199-205, 1989.

31. Turi ZG, Rezkalla S, Campbell CA, and Kloner RA: Left main percutaneous transluminal coronary angioplasty with the autoperfusion catheter in an animal model. *Cath Cardiovasc Diag* 21:45-50, 1990.

32. Turi ZG: Percutaneous balloon mitral valvuloplasty. *Cardiac Chron* 4:1-4, 1990.

33. Turi ZG, Reyes VP, Raju BS, Raju AR, Kumar DN, Rajagopal P, Sathyanarayana PV, Rao DP, Srinath K, Peters P, Connors B, Fromm B, Farkas P, and Wynne J: Percutaneous balloon versus surgical closed commissurotomy for mitral stenosis: a prospective randomized trial. *Circulation* 83:1179-1185, 1991.

34. Alam S, Rezkalla S, Farkas P, and Turi ZG. Effect of pretreatment with captopril on myocardial ischemia during coronary artery balloon occlusion. *Cardiovascular Res* 26:232-236, 1992.

35. Turi ZG: Mitral balloon valvuloplasty. *Cath Cardiovasc Diagn* 25:343-344, 1992.

36. Turi ZG and Fromm BS: Balloon dilatation of heart valves. *Br Med J* 305:1366, 1992.

37. Turi ZG, Goldberg S, VanderArk C, Shadoff N, Karlsberg R, Williams J, Butman S, Alderman E, Wise K, Buchbinder M, Genton E, Laskey W, DeMaria A, White C, Wynne J, Sheehan F, Comp PC, Batson-Fowler G, Edwards S, LittleJohn J. Dose related efficacy and bleeding complications of double chain tissue plasminogen activator in acute myocardial infarction. *Am J Cardiol* 71:1009-1014, 1993.

38. Turi ZG: *Percutaneous Balloon Valvuloplasty*, TO Cheng (Editor). *Ann Int Med* 118:830, 1993.

39. Tami LF, Turi ZG, and Arbulu A. Sinus of valsalva aneurysm involving both coronary ostia. *Cath Cardiovasc Diag* 29:304-308, 1993.

40. Reyes VP, Raju BS, Wynne J, Stephenson LW, Raju R, Fromm BS, Rajagopal P, Mehta P, Singh S, Rao DP, Satyanarayana PV, and Turi. Percutaneous balloon valvuloplasty compared with open surgical commissurotomy for mitral stenosis. *N Engl J Med* 331:961-967, 1994.

**PUBLICATIONS**, cont'd

41.    Turi ZG: Coronary artery perfusion during angioplasty: A 10 year milestone. *J Interventional Cardiol* 8:283-289, 1995.

42.    Turi ZG and Raju BS: Percutaneous balloon valvuloplasty compared with open surgical commissurotomy for mitral stenosis. *N Engl J Med* 332:749-750, 1995.

43.    Turi ZG: The periangioplasty polypharmacy: A role for diltiazem? *Cath Cardiovasc Diagn* 35:292-293, 1995.

44.    Turi ZG: Reconsidering unprotected left main coronary angioplasty. *Cath Cardiovasc Diagn* 36(4):368-370, 1995.

45.    Turi ZG: Coronary perfusion during angioplasty: A contrarian perspective. *Cath Cardiovasc Diagn* 37:241-242, 1995

46.    Turi ZG: Reuse of disposables: let's not embrace waste. *Cath Cardiovasc Diagn* 38:133-134, 1996.

47.    Turi ZG: Coronary bypass on a catheter: sweeping the thrombus under a vein. *Cath Cardiovasc Diagn* 40:79-80, 1997.

48.    Turi ZG: Vascular turf wars: getting a leg up on iliac artery disease during intraaortic balloon pumping. *Cath Cardiovasc Diagn* 42:7, 1997.

49.    Turi ZG, McGinnity J, Fischman DL, Kreiner MJ, Glazier JJ, Rehmann D, Fromm BS. A retrospective comparative study of primary intracoronary stenting versus balloon angioplasty for acute myocardial infarction. *Cath Cardiovasc Diag* 40:235-239, 1997.

50.    Turi ZG: Restenosis after mitral valvuloplasty: A proxy for short term palliation versus long-term cure. *Cath Cardiovasc Diagn* 43:42, 1998.

51.    McGinnity JG, Glazier JJ, Spears JR, Rogers C, Turi ZG. Successful redeployment of an unexpanded coronary stent. *Cath Cardiovasc Diag* 44:52-56, 1998.

52.    Turi ZG: Plugging the artery with a suspension: a cautious appraisal. *Cath Cardiovasc Diag* 45:90-91, 1998.

53.    Turi ZG: Aortic valvuloplasty: baby or bathwater revisited. *Cath Cardiovasc Diag* 45:426-427, 1998

54.    Turi ZG: Superior hemodynamic and functional results of balloon and open mitral commissurotomy. *Evidence Based Cardiovascular Medicine* 2:75, 1998.

55.    Turi ZG: Left main angioplasty goes "main" stream. *Cath Cardiovasc Diag* 46:160-161, 1999

56.    Turi ZG: Ooze you lose: Vascular closure in the IIb/IIIa inhibitor era. *Cath Cardiovasc Interv* 47:148, 1999.

57.    Turi ZG: Follow-up after percutaneous balloon mitral commissurotomy: hard data or first looks? *Cath Cardiovasc Inter* 49:289, 2000

58.    Saba SE, Nimri M, Shamaileh Q, Al-Hakim F, Krayyem M, Abu-Ata I, Saket A, Harbi N, Hiari A, Turi ZG, David SW, Goussous Y. Balloon coarctation angioplasty: Follow-up of 103 patients. *J Invas Cardiol* 12:402-406, 2000.

**PUBLICATIONS**, cont'd

59.  Turi ZG. Percutaneous balloon valvuloplasty versus surgery: randomized comparisons. J Intervent Cardiol 13:395-401, 2000.

**60.**  Turi ZG. Glue for the artery and tissue track. *Cath Cardiovasc Interv* 50:103-104, 2000.

61.  Schnyder G, Sawhney N, Whisenant B, Tsimikas S, Turi ZG. Common femoral artery anatomy is influenced by demographics and comorbidity: Implications for cardiac and peripheral invasive studies. *Cath Cardiovasc Interv* 53:289-295, 2001.

62.  Turi ZG. Guided laser myocardial revascularization with coronary angioplasty: the emperor shops for new clothes. *Cath Cardiovasc Interv* 53:241-242, 2001.

63.  Turi ZG. It's time to seal every artery but…Comparing apples and oranges in the vascular sealing literature. *Cath Cardiovasc Interv* 53:443-444, 2001.

64.  Turi ZG.Letting the air out of the follow-up balloon.*J Invasive Cardiol* 13:800-801, 2001.

65.  Schnyder GS, Roffi M, Pin R, Flammer Y, Lange H, Eberli FR, Meier B, Turi ZG, Hess OM. Decreased rate of coronary restenosis after lowering of plasma homocysteine levels. *New Engl J Med* 345:1593-1600, 2001.

66.  Turi ZG. Plug vs plug. *Cath Cardiovasc Interv* 55:426, 2002.

67.  Schnyder G, Turi ZG. Complications of vascular closure devices: not yet evidence based. *J Am Coll Cardiol* 39:1705-1706, 2002.

68.  Turi ZG. Ooze you lose part II: Are we really getting better all the time? *Cath Cardiovasc Interv* 57:484-485, 2002.

69.  Turi ZG. Mitral valve disease. Cardiology patient page. *Circulation* (In Press, 2003).

70.  Turi ZG. Immediate Ambulation: Closing in on the True Outpatient Catheterization. *J Inv Cardiol* 14:733-734, 2002.

71.  Turi ZG. News you can't use much longer: The low volume retrospective closure device comparison. *Cath Cardiovasc Interv* 58:6-7,2003.

72.  Turi ZG and Jaff MR. Renal artery stenosis: searching for the algorithms for diagnosis and treatment. *J Am Coll Cardiol* 41:1312-1315,2003.

73.  Turi ZG. Drive by renal artery angiography: searching for an algorithm on an unlighted street. *Cath Cardiovasc Interv* 58:404-405,2003.

74.  Turi ZG. Complication Free Diagnostic Catheterization: In Search of Perfection. *Cath Cardiovasc Interv* 59:19-20,2003.

75.  Schnyder G, Roffi M, Flammer Y, Pin R, Eberli FR, Meier B, Turi ZG, Hess OM. Effect of Homocysteine-Lowering therapy on restenosis after percutaneous coronary intervention for narrowings in small coronary arteries. *Am J Cardiol* 91:1265-1269, 2003.

76.  Turi ZG. Total Occlusion:Old versus New Technology. *Cath Cardiovasc Interv* 59:259-260,2003.

77.  Turi ZG. Safe angioplasty and the pregnant kidney. *Cath Cardiovasc Interv* 60:313, 2003

**PUBLICATIONS**, cont'd

78.  Arjomand H, Turi ZG, McCormick D, Goldberg S. Percutaneous coronary intervention: historical perspectives, current status, and future directions. *Am Heart J.* 146:787-96, 2003

**BOOKS AND CHAPTERS**

1.  Turi Z: Clinical Applications of the Calcium Channel Blocking Agents, *Recent Advances in Clinical Therapeutics*, Z Yetiv (Editor), Academic Press, New York, 1983, pp 221-239.

2.  Turi Z: Calcium Channel Blockade and Limitation of Myocardial Infarction Size, *New Drugs and Devices*, J Morganroth (Editor), Martinus-Nihjoff, Boston, 1984, pp 190-197.

3.  Braunwald E and Turi Z: The Pathophysiology of Mitral Valve Disease, *The Mitral Valve*, MI Ionescu and LH Cohn (Editor), Butterworths, London, 1986, pp 3-10.

4.  Ensley JF, Rezkalla S, Turi ZG, Kloner RA, Kish JA, Tapazoglou E, Wynne J, Al-Sarraf M: 5-Fluorouracil (5FU) associated cardiotoxicity and treatment of patients with head and neck cancers. *Head and Neck Oncology Research*, GT Wolf and J Carey (Editors), Kugler Publishers, Amsterdam, 1991.

5.  Turi Z: Valvuloplasty. *Valvular Heart Disease*, Cardiovascular Clinics. W Frankel and A Brest (Editors), F A Davis, Philadelphia, 1992, p 293-326.

6.  Turi Z (Guest Editor): Perfusion and coronary angioplasty. *J Interventional Cardiol* 8:283-327, 1995.

7.  Braunwald E and Turi Z: Pathophysiology of Mitral Valve Disease, *Mitral Valve Disease*, FC Wells and L M Shapiro (Editors), Butterworth-Heinemann, Boston, 1996, pp 28-36.

8.  Turi ZG (Guest Editor): Percutaneous Treatment of Structural Heart Disease. *Progress in Cardiovascular Disease*, 40:1-64, 1997.

9.  Glazier JJ and Turi ZG: Percutaneous balloon mitral valvuloplasty. *Progress in Cardiovascular Disease* 40:5-26, 1997.

10. Turi Z. Balloon valvuloplasty: mitral valve. *Evidence Based Cardiology*, S Yusuf, JA Cairns, AJ Camm, E Fallen, and BJ Gersh (Editors), British Medical Journal Publishing Group, London, 1998, pp 853-870.

11. Thatai D and Turi Z: Current guidelines for the treatment of patients with rheumatic fever. *Drugs* 57:545-555, 1999.

12. Henry M, Amor M, Henry I, Chati Z, Tvzevanov K, Solatges H, Turi Z, Klonaris C. Self expanding stents. Peripheral Vascular Intervention, 10th International Course Book. Europa Edition, 1999. pp 211-216.

13. Henry M, Amor M, Henry I, Chati Z, Tvzevanov K, Buniet JM, Amicabile C, Klonaris C, Turi Z. Percutaneous endovascular treatment of aorto-iliac occlusive diseases. Peripheral Vascular Intervention, 10th International Course Book. Europa Edition, 1999. pp 285-302.

14. Henry M, Amor M, Henry I, Chati Z, Tvzevanov K, Klonaris C, Turi Z. Endovascular treatment of common femoral artery occlusive diseases. Peripheral Vascular Intervention, 10th International Course Book. Europa Edition, 1999. pp 343-346.

**BOOKS AND CHAPTERS,** cont'd

15.   Henry M, Amor M, Henry I, Ethevnot G, Mentre B, Chati Z, Klonaris C, Turi Z. Stenting of femoral and popliteal arteries. Peripheral Vascular Intervention, 10th International Course Book. Europa Edition, 1999. pp 361-374.

16.   Abraham KA, Amor M, Ansel G, Chati Z, Dewatcher P, Dorros G, Herny M, Khanna NN, Krajcer Z, Rajagopal S, Turi Z, Tzvetanov K. Clinical case studies in peripheral intervention. Peripheral Vascular Intervention, 10th International Course Book. Europa Edition, 1999. pp 853-900.

17.   Turi ZG: Percutaneous balloon commissurotomy in the treatment of mitral stenosis. *Harrison's Textbook of Internal Medicine* (online), E Braunwald, AS Fauci, KJ Isselbacher, DL Kasper, SL Hauser, DL Longo, JL Jameson (Editors), McGraw Hill Publishers, Philadelphia, 2000.

18.   Turi ZG. Cardiac catheterization, angiography and percutaneous intervention. Cardiology Board Review. A DeMaria and O Ben-Yehuda (Editors), Castle & Connolly, New York, 2000.

19.   Turi ZG: Percutaneous balloon commissurotomy in the treatment of mitral stenosis. *Harrison's Concise Review of Internal Medicine*, E Braunwald, AS Fauci, KJ Isselbacher, DL Kasper, SL Hauser, DL Longo, JL Jameson (Editors), McGraw Hill Publishers, Philadelphia, 2002.

20.   Turi ZG. Percutaneous balloon mitral valvuloplasty. *Harrison's Advances in Cardiology.* E Braunwald (Editor). McGraw Hill Professional, New York, 2003.

21.   Turi Z. Balloon valvuloplasty: mitral valve. *Evidence Based Cardiology*, S Yusuf, JA Cairns, AJ Camm, EL Fallen, and BJ Gersh (Editors), British Medical Journal Publishing Group, London, pp 796-808, 2003.

**OTHER COMMUNICATIONS**

1.   "Modified Transseptal Sheath". U.S. Patent #5,312,341, 5/94 - assigned to Wayne State University.

2.   "Tissue and Stent Apparatus for Coronary Artery and Vein Graft Revascularization". U.S. Patent #5,556,414, 9/96 - assigned to Wayne State University.

**ABSTRACTS**

*1.   Stone PH, Turi ZG, Muller JE, Geltman E, Jaffe A, and Braunwald E: Experience with nifedipine in 845 patients with refractory angina pectoris. *J Am Coll Cardiol* 1(2):496, 1983.

*2.   Muller J, Roberts R, Stone P, Rude R, Raabe D, Gold H, Jaffe A, Strauss W, Turi ZG, Hartwell T, Poole K, Passamani E, Willerson J, Sobel B, Braunwald E, and the MILIS Study Group: Failure of propranolol administration to limit infarct size in patients with acute infarction. *Circulation* 68:III-294, 1983.

*3.   Muller J, Turi ZG, Stone P, Rude R, Raabe D, Jaffe A, Gold H, Gustafson N, Poole K, Smith T, Braunwald E, and the MILIS Study Group: Does digoxin therapy increase mortality following myocardial infarction? *Circulation* 68:III-368, 1983.

*4.   Muller J, Morrison J, Stone P, Rude R, Rosner B, Roberts R, Pearle D, Turi ZG, Schneider J, Serfas D, Hennekens C, and Braunwald E: Nifedipine therapy for threatened and acute myocardial infarction: A randomized double-blind comparison. *Circulation* 68:III-120, 1983.

*5.   Muller J, Turi ZG, Pearle D, Schneider J, Roberts R, Sobel B, Hennekens C, and Braunwald E: Nifedipine versus conventional therapy for unstable angina pectoris: a randomized double-blind comparison. *J Am Coll Cardiol* 3:551, 1984.

**ABSTRACTS,** cont'd

*6.    Lamas G, Muller J, Turi ZG, Stone P, Rude R, Jaffe A, Raabe D, Settergren S, Poole K, Passamani E, Braunwald E, and the MILIS Study Group: A simplified method to predict the occurrence of complete heart block during myocardial infarction. *Circulation* 70:II-60, 1984.

*7.    Stone P, Turi ZG, Muller J, Jaffe A, Gold H, Raabe D, Rude R, Parker C, Hartwell T, Braunwald E, and the MILIS Study Group: Prognostic significance of an exercise treadmill test 6 months post myocardial infarction. *Circulation* 70:II-257, 1984.

*8.    Hoagland P, Stone P, Turi ZG, Muller J, Parker C, Gold H, Jaffe A, Raabe D, Rude R, and the MILIS Study Group: Tolerance to propranolol in patients with acute myocardial infarction. *Circulation* 70:II-310, 1984.

*9.    Stone PH, Raabe DS, Jaffe AS, Gustafson N, Turi ZG, Muller JE, Rutherford JD, and Braunwald E: Prognostic significance of type and location of myocardial infarction. *J Am Coll Cardiol* 7:218A, 1986.

*10.   Sevilla M-D, Hackel DB, Mikat EM, Reimer KA, Edeker RE, and Turi ZG: Infarct size and conduction system involvement in acute anterior and posterior infarcts with complete heart block. *J Am Coll Cardiol* 7:221A, 1986.

*11.   Turi ZG, Campbell CA, and Kloner RA: The autoperfusion balloon angioplasty catheter prevents ischemia during prolonged balloon inflation. *J Am Coll Cardiol* 9:106A, 1987.

*12.   Campbell CA, Turi ZG, Gottimukkala MV, and Kloner RA: The effect of non-inflated angioplasty catheters on regional myocardial blood flow. *Clin Res* 35:265A, 1987.

*13.   Turi ZG: Recombinant double chain tissue plasminogen activator in acute myocardial infarction: an intravenous dose ranging study. *Clin Res* 35:576A, 1987.

*14.   Turi ZG, Rezkalla S, Campbell CA, and Kloner RA: Results of a study of the "autoperfusion" balloon catheter in humans. *Circulation* 76:IV-28, 1987.

*15.   Turi ZG, Rezkalla S, Campbell CA, and Kloner RA: Left main coronary angioplasty: preservation of distal blood flow using a new "autoperfusion" balloon catheter. *Circulation* 76:IV-466, 1987.

*16.   Goldberg S and Turi ZG: Efficacy and complications of recombinant double chain tissue plasminogen activator for acute myocardial infarction: results of a multicenter trial. *Circulation* 76:IV-305, 1987.

*17.   Campbell CA, Rezkalla S, Kloner RA, and Turi ZG: The autoperfusion balloon angioplasty catheter limits myocardial necrosis during 90 minutes of balloon inflation. *J Am Coll Cardiol* 11:149A, 1988.

*18.   Turi ZG, Reyes VP, Dajani O, Revels S, and Wynne J: Ischemia and myocardial infarction during non-cardiac surgery: preliminary results of the PORIS study. *J Am Coll Cardiol* 11:97A, 1988.

*19.   Rezkalla S, Kloner RA, Al-Sarraf M, Bhasin S, Revels S, Ensley J, Kerpel-Fronius S, Olivenstein A, and Turi ZG: Continuous ambulatory electrocardiographic monitoring during 5-Fluorouracil therapy: a prospective study. *Clin Res* 36:499A, 1988.

*20.   Rezkalla S, Moushmoush B, Connors BC, and Turi ZG: Improved monitoring of ischemia during percutaneous coronary angioplasty. *Clin Res* 36:310A, 1988.

*21.   Rezkalla S, Ensley J, Turi ZG, Kloner RA, Kish J, Tapazoglou E, Bhasin S, Revels S, Olivenstein A, Wynne J, and Al-Sarraf M: 5-Fluorouracil (5FU) cardiotoxicity: a controlled, prospective investigation of ischemic changes during 5-FU infusions. *Proc Am Soc Clin Onc* 7:150, 1988.

**ABSTRACTS,** cont'd

*22.  Reyes VP, Raju BS, Raju ARG, and Turi ZG: Percutaneous balloon mitral valvuloplasty vs. surgery: results of a randomized clinical trial. *Circulation* 78:II-489, 1988.

*23.  Rezkalla S, Turi ZG, Keedy D, Prcevski P, and Kloner RA: Left main coronary angioplasty in sheep using a new left main autoperfusion balloon catheter. *Clin Res* 37:289A, 1989.

*24.  Rezkalla S, Alam S, Bhasin S, Wynne J, and Turi ZG: Electrocardiographic abnormalities in cocaine users. *Clin Res* 37:289A, 1989.

*25.  Mamby SA, Kloner RA, Zalewski A, Goldberg S, Turi ZG: Does reperfusion with tissue plasminogen activator correlate with EKG parameters of myocardial infarct size?*Clin Res* 37:276A, 1989.

*26.  Turi ZG, Rezkalla S, and Alam S: Salvage of ischemic lower extremities with a new percutaneous femoral-femoral autoperfusion bypass device. *Clin Res* 37:302A, 1989.

*27.  Alam S, Rezkalla S, Farkas P, Prcevski P, and Turi ZG: Does captopril ameliorate myocardial ischemia during coronary balloon occlusion? *Circulation* 80(II):206, 1989.

*28.  Rezkalla S, Reddy R, Bhasin S, Todd K, BF Bock, and Turi ZG: Electrocardiographic abnormalities in cocaine users: a prospective study. *J Am Coll Cardiol* 15:190A, 1990.

*29.  Alam S, David S, Farkas P, Prcevski P, and Turi ZG: The modifying effect of neosynephrine on captopril enhanced myocardial ischemia. *Circulation* 82:301, 1990.

*30.  Reyes VP, Raju BS, Turi ZG, Stephenson L, Mehta PM, Fromm B, and Wynne J: Percutaneous balloon vs open surgical commissurotomy for mitral stenosis. *Circulation* 82:545, 1990.

*31.  Mehta PM, Wynne J, Reyes VP, Raju BS, Kumar DN, Srinath K, Peters P, and Turi ZG: Abnormal left ventricular function in patients with mitral stenosis improves following valvuloplasty. *J Am Coll Cardiol* 17:161A, 1991.

*32.  Ruble P, David S, Reyes V, and Turi ZG: Myocardial ischemia and necrosis in patients with documented coronary disease undergoing non-cardiac surgery. *J Am Coll Cardiol* 17:90A, 1991.

*33.  David S, Ruble P, Alam S, Farkas P, Prcevski P, and Turi ZG. Influence of transient balloon occlusion on coronary blood flow in the setting of multivessel disease. *Circulation* 84:II-518, 1991.

*34.  Turi ZG, David S, Rezkalla S, and Boden W: Effect of intracoronary diltiazem on ischemia during angioplasty: A clinical trial. *Circulation* 86:I-846, 1992.

*35.  Raju BS, Turi ZG, Raju R, Fromm B, Singh S, Farkas P, and Wynne J: Three and one-half year follow-up of a randomized trial comparing percutaneous balloon and surgical closed mitral commissurotomy. *J Am Coll Cardiol*, 21:429A, 1993.

*36.  Turi ZG, Raju BS, Fromm B, Singh S, Farkas P, and Wynne J: Influence of pulmonary hypertension on outcome after percutaneous balloon mitral valvuloplasty and surgical commissurotomy. *Circulation*, 88:I-341, 1993.

*37.  Turi ZG, Raju BS, Raju R, Reyes V, Fromm B, Singh S, Farkas P, Stephenson LS, and Wynne J: Percutaneous balloon vs open surgical commissurotomy: Three year follow-up of a randomized trial. *Circulation*, 88:I-339, 1993.

*38.  Raju PR, Turi ZG, Raju BS, Wynne J, Fromm BS, Farkas SI, and Farkas P: Percutaneous balloon versus closed mitral commissurotomy: 7 year follow-up of a randomized trial. *J Am Coll Cardiol* 27:259A, 1996.

ABSTRACTS, cont'd

39.    Turi ZG, Savoy-Moore RT, Cassin BJ, Levy RJ: Calcium Content in Human Aortic Valves: World Congress of Gerontology, Adelaide, Australia.

40.    Turi ZG, Raju BS, Raju PR, Fromm B, Kapoor S, Farkas S, Reddy K, Wynne J: Percutaneous Balloon Mitral Valvuloplasty versus Closed and Open Mitral Commissurotomy: Seven Year Follow-up. Cardiology Society of Australia and New Zeland, Hobart, Tasmania.

*41.    Turi ZG, Raju BS, Farkas S, Raju PR, Farkas P, Kapoor S, Reddy K, Fromm BS, Wynne J: Percutaneous Balloon Mitral Commissurotomy is Superior to Open Surgical Commissurotomy at Long Term Follow-up. *J Am Coll Cardiol* 31:74A, 1998.

*42.    Turi ZG, Savoy-Moore RT, Cassin BJ, Fromm BS, Levy RJ.  Calcium Content in Human Aortic Valves Increases Exponentially After Age 60. *J Am Coll Cardiol* 31:360A, 1998.

*43.    Savoy-Moore RT, Mar A, Prcevski P, Fromm BS, Turi ZG.  Estrogen supplementation causes increased aortic valvular thickening and aortic stenosis in a menopausal rabbit model.  *J Am Coll Cardiol* 33:553A,1999.

*44.    Raju BS, Turi ZG, Raju PR, Farkas S, Reddy NK, McGinnity JG, Farkas P, Kapoor S, Fromm BS, Wynne J.  Percutaneous balloon versus surgical closed mitral commissurotomy: 10 year follow-up of a randomized trial. *J Am Coll Cardiol* 33:555A,1999.

*45.    Turi ZG.  High variability in abnormal rates on coronary angiography among hospitals.  *J Am Coll Cardiol* 33:249A,1999.

*46.    Moscucci M, Chambers JL, Dabbous SA, Eagle KA, Karavite D, Kline-Rogers E, Kraft P, Maxwell-Eward A, Meengs WL, O'Donnel MJ, Patel K, Share D, Turi ZG.  Risk adjustment models for adverse outcomes and benchmarking in interventional cardiology. *J Am Coll Cardiol* 33:285A,1999.

*47.    Massabni EJ, Fischman DL, Goldberg S, Rehmann E, Nobuyoshi M, Penn I, Moses J, Ellis S, Hirshfeld J, Turi Z, Werner J, Savage MP.  Clinical and anatomic predictors of late angiographic outcome after high pressure stent deployment.  J Am Coll Cardiol 35:4A,2000.

48.    Arjomand H, Willerson JT, Holmes DR, Kittusamy P, Surabhi S, Roukoz B, Espinoza A, McCormick D, Turi ZG, Goldberg S.  Current role of percutaneous intervention. Results from a large international trial. *J Am Coll Cardiol* (in Press, 2003)

49.    Arjomand H, Willerson JT, Holmes DR, Roukoz B, Surabhi S, Dairywala I, Ahsan C, Cohen M, Turi ZG, Goldberg S.  Clinical and Angiographic Predictors of Cardiac Events in Patients With Non-ST Elevation Acute Coronary Syndromes Undergoing Percutaneous Coronary Intervention in the Current Era: Insights From the PRESTO Trial. *J Am Coll Cardiol* (in Press, 2003)

50.    Arjomand H, Holmes DR, Willerson JT, Roukoz B, Surabhi S, Espinoza A, McCormick D, Turi ZG, Goldberg S.  Long-Term Outcome of Patients With Prior Percutaneous Revascularization Undergoing Repeat Coronary Intervention. *J Am Coll Cardiol* (in Press, 2003)

51.    Arjomand H, Roukoz B, Surabhi S, Espinoza A, Cohen M, Stone GW, Baim DS, Turi ZG, Goldberg S. Comparison of Saphenous Vein Graft Intervention With Bare Stents Plus Distal Protection Versus Membrane-Covered Stents Without Distal Protection: Data From SAFER and Roll-In Phase of BARRICADE Trials. *J Am Coll Cardiol* (in Press, 2003)

# PRESENTATIONS

<u>Principal or Recent Presentations</u> (of several hundred)

1982    Principal Guest Speaker:  XIVth Annual Finnish College of Cardiology, Helsinki, Finland

1983    Calcium Channel Blockade for Refractory Angina Pectoris:  Madrid, Spain

1984    Post Infarction Angina and Coronary Artery Vasospasm:  First International Meeting, Hungarian Medical Society, Budapest, Hungary

1988    Percutaneous Balloon Valvuloplasty: Nizam's Institute of Medical Sciences, Hyderabad, India

1990    Percutaneous Balloon Valvuloplasty for Mitral Stenosis:  Hungarian Institute of Cardiology, Budapest, Hungary

1991    Percutaneous Balloon Valvuloplasty:  Asian Congress of Cardiology, Seoul, Korea

1992    Balloon Valvuloplasty for Mitral Stenosis:  Grand Rounds, Thomas Jefferson University Hospital, Philadelphia, PA

1993    Percutaneous Balloon Valvuloplasty and Pulmonary Hypertension:  11th International Medical Convention, Amman, Jordan

1994    Balloon Valvuloplasty for Mitral Stenosis:  Results of the Nims-WSU Randomized Trials:  Second International Symposium on Cardiovascular Diseases, Puttaparthy, India

1994    Percutaneous Balloon Valvuloplasty versus Surgery for Mitral Stenosis:  Grand Rounds, State University of New York at Stony Brook, Long Island, NY

1995    Mitral Stenosis:  Percutaneous versus Surgical Therapy:  Grand Rounds, Henry Ford Hospital, Detroit, MI

1995    Therapy for Mitral Stenosis Comes Full Circle:  Cardiology Grand Rounds, Brigham and Women's Hospital, Boston, MA

1996    Surgical vs. Balloon Commissurotomy:  Percutaneous Transseptal Mitral Commissurotomy Symposium, University of Chicago, Chicago, IL

1996    Aortic Valve Calcification: Experimental and Clinical Research:.  Grand Rounds, Henry Ford Hospital, Detroit, MI

1996    Balloon Angioplasty versus Stenting for Acute Myocardial Infarction: Plenary Speaker, 48th Annual Conference of Cardiological Society of India, Bangalore, India

1997    Percutaneous Balloon Valvuloplasty for Calcific Aortic Stenosis:  Experimental and Clinical Considerations: Cardiology Grands Rounds, University of Michigan

1997    Surgical vs. Balloon Commissurotomy:  Valvular Heart Disease Symposium, University of Chicago, Chicago, IL

1997    Calcium Content in Human Aortic Valves Increases Exponentially after Age 60: World Congress of Gerontology, Adelaide, Australia

1997    Percutaneous Balloon Mitral Valvuloplasty versus Surgery, Randomized Trials with Seven Year Follow-up:  Cardiology Society of Australia and New Zealand, Hobart, Tasmania

## PRESENTATIONS, cont'd

1997    Percutaneous Balloon Mitral Valvuloplasty versus Surgery. Aortic Valvuloplasty versus Valve Replacement for the Elderly - Time to Reconsider the Algorithm?: VIth Annual Interventional Cardiology Conference, National Cardiology Institute, Mexico City, Mexico.

1997    Percutaneous Balloon Mitral Valvuloplasty versus Surgery. Grand Rounds. All India Institute of Medical Sciences, Delhi, India.

1998    Percutaneous Balloon Mitral Valvuloplasty training course. National Cardiology Institute, Mexico City, Mexico.

1998    Percutaneous Balloon Mitral Valvuloplasty versus Surgery. University of Southern California, Los Angeles.

1998    Update on Mitral Valve Stenosis. American College of Cardiology/University of Texas Health Science Center, San Antonio.

1998    Hemodynamic Assessment of Mitral Valve Disease. Valvular Heart Disease Symposium. University of Chicago.

1998    Percutaneous Balloon Mitral Valvuloplasty versus Surgery. University of California San Diego.

1998    Aortic Valve Calcification. Valvular Disease Symposium. Jeddah, Saudi Arabia.

1999    Percutaneous Balloon Mitral Valvuloplasty. Fireside Chat. American College of Cardiology, 48th Annual Scientific Sessions, New Orleans, Louisianna.

1999    Transseptal Catheterization. Valvular Heart Disease Symposium. University of Chicago, Chicago.

1999    Peripheral Angioplasty. 10th International Endovascular Therapy Conference. Paris.

2000    Golden Moments for Catheter Based Intervention: Percutaneous Balloon Mitral Valvuloplasty. American College of Cardiology, 49th Annual Scientific Sessions, Anaheim, California.

2000    The common femoral artery. Society for Cardiac Angiography and Intervention. Charleston, South Carolina.

2000    Nitinol and memory metals in interventional cardiology: the wave of the future. Global Endovascular Therapy Conference, Monaco.

2000    Peripheral vascular disease and peripheral intervention. Heart and Arts V. Detroit, Michigan.

2000    Method for assessing valve disease of uncertain severity. Percutaneous Balloon Valvuloplasty Symposium, University of Chicago, Chicago.

2000    Myocardial revascularization in severe heart failure. 6th UCSD Heart Failure Symposium

2000    Complications in invasive and interventional endovascular therapy. 2nd Annual International Invitational Conference. Jackson Hole, Wyoming.

2000    Percutaneous balloon mitral valvuloplasty: randomized trials. Percutaneous Mitral Valvuloplaty Summit. Sao Paolo, Brazil.

2000    Aortic and Mitral Valvuloplasty: Indications and Technique. 11th Annual Coronary Interventions Scripps ABIM Board Review Course in Interventional Cardiology. La Jolla, CA.

## PRESENTATIONS, cont'd

2000    Peripheral vascular disease and percutaneous intervention. Cardiology grand rounds. Sharp Hospital, San Diego, CA.

2001    Vascular access and closure in healthy and diseased femoral arteries. 13th International Symposium on Endovascular Therapy (ISET). Miami, FL.

2001    Vascular access and closure. Peripheral vascular intervention. 7th Annual Interventional Cardiology Fellows Training Course. San Jose, CA.

2001    Vascular access and closure: influence of demographics and disease states. American College of Cardiology, 50th Annual Scientific Sessions, Orlando, FL.

2001    Peripheral vascular disease and the cardiologist. University Hospital, Nairobi, Kenya

2001    The common femoral artery – vascular access, techniques, implications for closure. Emory University Advanced Endovascular Therapies Course.

2001    Femoral artery anatomy and vascular access and closure – Paris Course on Revascularization, Paris, France.

2001    Percutaneous mitral valve repair. 2nd Global Endovascular Therapy Conference, Monaco.

2001    Complications in invasive and interventional endovascular therapy. 3rd Annual International Invitational Conference. Jackson Hole, Wyoming

2001    Aortic and Mitral Valvuloplasty: Indications and Technique. Peripheral Angiography and Intervention. 12th Annual Coronary Interventions Scripps ABIM Board Review Course in Interventional Cardiology. La Jolla, CA

2001    Multiple presentations. Diagnostic Cardiac Catheterization 2001. First UCSD National Symposium on Diagnostic Cardiac Catheterization (Course Director). La Jolla, Ca

2001    Advances in the Timing of Intervention for Mitral Stenosis. Scientific Symposium, American College of Cardiology, 51st Annual Scientific Sessions, Anaheim, CA

2002    Complications of Vascular Access. Advanced Endovascular Therapies and All That Jazz. New Orleans, LA.

2002    Percutaneous Intervention for Valvular Heart Disease: MCP Hahnemann University Cardiac CME series. Philadelphia, PA.

2002    Peripheral vascular disease, intervention and the cardiologist. Grand Rounds, Providence Hospital, Southfield, MI.

2002    Unstable angina. MCP Hahnemann University Internal Medicine Board Review Course

2002    Peripheral Angioplasty, Vascular Access and Closure, Congenital Heart Disease and Valvuloplasty – 6 presentations. TCT 2002, Washington, D.C.

2002    Developing interventions in structural heart disease: percutaneous heart valves, VSD occlusions, coronary sinus rings and bowtie procedures for mitral regurgitation. Grand Rounds, Providence Hospital, Southfield, MI.

**PRESENTATIONS,** cont'd

2002    Novel percutaneous interventions: Left atrial appendage occlusion, valvotomy, valve replacement and leaks.  Interventional Echocardiography 2002, Philadelphia, PA

2003    Peripheral Vascular Complications of Closure Devices.  Evolving Role of Distal Protection.  53rd American College of Cardiology Scientific Sessions, Chicago.

2003    Vascular access and closure.  Advanced Endovascular Therapies and All That Jazz.  New Orleans.

2003    Mitral and Aortic Valve Interventions. American College of Cardiology/Society of Cardiac Angiography and Interventions  Interventional Cardiology Board Review Course, Atlanta, GA.

2003    Peripheral Angioplasty, Vascular Access and Closure, Congenital Heart Disease and Valvuloplasty – 7 presentations.  TCT 2003, Washington, D.C.

# UNIVERSITY OF PENNSYLVANIA - SCHOOL OF MEDICINE

## Curriculum Vitae

### LUIS IGNACIO ARAUJO, M.D.

**Associate Professor of Radiology and Medicine
Director, Nuclear Cardiology**

September 2003
Full CV

**Home Address:**

27 Woodstream Drive
Wayne, PA 19087-5876
610-640-1754

**Office Address:**

Division of Nuclear Medicine,
Department of Radiology
University of Pennsylvania Medical Center
3400 Spruce St, Philadelphia, PA 19104

Tel.: 215-662-7750
e-mail: araujo@rad.upenn.edu

**Social Security Number:**

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

**USA Visa:**

Permanent resident.

**Marital Status**

Married, 2 sons of 19 and 17 years old

**Education:**

1965-1970 — Bachelor Degree, National School, Argentina
1971-1976 — School of Medicine, University of Buenos Aires, Buenos Aires City, Argentina

## Postgraduate Training and Fellowship Appointments:

1977-1978 — Resident in Medicine, Rawson Hospital, School of Medicine, University of Buenos Aires, Argentina

1979-1982 — Cardiology Fellowship, Ramos Mejia Hospital, Buenos Aires, Argentina

1982-1983 — Nuclear Medicine training course, University of Buenos Aires, Argentina

1984-1985 — Research Fellow in Cardiology, Royal Postgraduate Medical School, Hammersmith Hospital, London, UK

1985-1986 — Postdoctoral Fellowship in Division of Nuclear Medicine, UCLA School of Medicine, Los Angeles, CA, USA

**Military Service:**

None

**Hobbies:**

Ocean sailing



GOVERNMENT
EXHIBIT
B

**Faculty Appointments:**

| | |
|---|---|
| 1973-1976 | Instructor of Human Physiology, School of Medicine, University of Buenos Aires, Argentina |
| 1987-1990 | Medical Scientist (Senior Grade) and Head of the Cardiovascular Sciences Section, Medical Research Council, Cyclotron Unit, Hammersmith Hospital, London, UK |
| 1990-1992 | Visiting Professor, University of Pennsylvania School of Medicine, Phila. PA |
| 1993-2000 | Assistant Professor of Radiology and Medicine, University of Pennsylvania School of Medicine, Phila. PA, USA |
| 2001 | Associate Professor of Radiology and Medicine, University of Pennsylvania School of Medicine, Phila. PA, USA |

**Hospital and Administrative Appointments:**

| | |
|---|---|
| 1983-1984 | Director of the Exercise Laboratory, Cardiology Department, Ramos Mejia Hospital, Buenos Aires, Argentina |
| 1983-1984 | Director of Nuclear Cardiology Section, Nuclear Medicine, Spanish Hospital, Buenos Aires, Argentina. |
| 1984-1985 | Clinical Assistant, Cardiology Department, Hammersmith Hospital, London, UK |
| 1987-1990 | Honorary Senior Registrar, Cardiology Department, Hammersmith Hospital, London, UK |
| 1990- to present | Director, Cardiovascular Nuclear Medicine, Hospital of the University of Pennsylvania, Philadelphia, USA |
| 1993- to present | Member of the PET Executive Committee, University of Pennsylvania Medical Center, Philadelphia, PA, USA |
| 1996- to present | Member of the Quality Improvement Committee for Cardiovascular Services of the University of Pennsylvania Medical Center, Philadelphia, PA, USA |
| 1999- to present | Member of Committee Planning for Cardiovascular Services, Facilities |
| 2000- to present | Director Nuclear Cardiology at Penn Medicine at Radnor, Radnor PA. |

**Specialty Certification:**

| | |
|---|---|
| 1983 | Cardiology. Buenos Aires, Argentina |
| 1992 | American Board of Nuclear Medicine. |

**Licensure:**     Argentina
England
ECFMG certified
FLEX
Pennsylvania

**Awards, Honors, and Membership in Honorary Societies:**

| | |
|---|---|
| 1977 | Honor Diploma, School of Medicine, University of Buenos Aires, Argentina |
| 1986 | Award for Merit, 33rd Annual Meeting Scientific Exhibit. |

**Membership In Professional And Scientific Societies:**

**National Societies:** Society of Nuclear Medicine
Institute for Clinical PET
American Heart Association - Cardiovascular
Radiology Council
American Society of Nuclear Cardiology

**Local Societies:** Board of Directors, Nuclear Cardiology Working Group of Delaware Valley

**International Societies:** Member of the European Economic Community Concerted Action for the Development of Positron Emission Tomography. 1981-1990

**Editorial Positions:** Reviewer, Circulation
Reviewer, American Journal of Cardiology
Reviewer, Journal of the American College of Cardiology
Reviewer, The Annals of Thoracic Surgery
Member of the Editorial Board, Spanish Journal of Cardiology

**Principal Investigator Grants:** Study of APOMATE (tc-99 Annexin) imaging on Cardiac Transplant Patients. Theseus Imaging Corporation.

**Academic Committees at the Medical Research Council:**

MRC Cyclotron Unit Management Committee

**Major Teaching and Clinical Responsibilities at Hammersmith Hospital:**

1. In charge of all clinical and research studies of Cardiac Positron Emission Tomography.
2. Supervision of Research Fellows and PhD Students
3. Lecture at the Annual Diploma Course in Cardiology
4. Attending Cardiology rounds twice a week

**Major Teaching and Clinical Responsibilities at the Hospital of the University of Pennsylvania:**

1. Director of Cardiovascular Nuclear Medicine and Exercise Laboratories.
2. Director of Cardiovascular Sciences section of the Nuclear Medicine training program.
3. Supervision of Nuclear Medicine fellows during the nuclear cardiology rotations.
4. Lecturer at the Radiology 300 course for Medical students.   (1 session per month)
5. Lecturer for Nuclear Medicine Course for Fellows. (1 session per week)
6. Supervision of the Cardiology Fellows during the Stress and Nuclear Cardiology rotation.
7. Supervision of Radiology Residents during Cardiac Nuclear Medicine rotation.

**Lectures By Invitation:**

| | |
|---|---|
| July 10, 1986 | Calcium antagonists and myocardial metabolism in patients with unstable angina. Calcium antagonists - a decade of progress and future. Royal Society of Medicine. London, UK |
| Nov 28, 1986 | PET scanning in the diagnosis of myocardial ischemia. International Symposium on Modern Concepts in the treatment of Ischemic Heart Disease. Munich, West Germany. |
| May 17, 1987 | Myocardial Metabolic Changes Associated with the Administration of Nitrates in Unstable Angina. Nitrates '87, International Symposium. Venice, Italy. |
| May 29, 1988 | PET studies of the heart with Oxygen and Glucose. PET in Clinical Cardiology and Research. Uppsala University, Uppsala, Sweden. |
| June 10, 1988 | Hammersmith Experience in PET of the Heart. 6th European and American Cardiology at Hammersmith Hospital. London, UK |
| Oct 29, 1988 | Methodological Aspects of PET of the Heart. International Symposium on Positron Emission Tomography. University Hospital, Zurich, Switzerland. |
| Dec 11, 1988 | Myocardial Ischemia and PET. Spanish Congress of Atherosclerosis, Bilbao, Spain. |
| Dec 15, 1988 | Assessment of Myocardial Ischemia by PET. Argentine Foundation of Medicine and Surgery. Buenos Aires, Argentina. |
| June 10, 1989 | Measurement of Myocardial Blood Flow, Metabolism and Tissue Viability with Positron Emission Tomography. 7th European and American Cardiology at Hammersmith Hospital, London, UK |
| June 17, 1989 | Myocardial Metabolism in Patients with Coronary Artery Disease with Positron Emission Tomography. First International Workshop on New Trends in Cardiovascular Therapy and Technology. Genoa, Italy. |
| Dec 11, 1989 | Myocardial Metabolism in Acute Ischemia. 6th Henry Goldberg Symposium on "Imaging, Measurement and Analysis of the Heart". Eilat, Israel. |
| Dec 12, 1989 | Myocardial Metabolism and Ischemic Heart Disease. Nord PET Symposium. University Hospital. Copenhagen, Denmark. |
| March 16, 1990 | PET in Myocardial Ischemia. Danish Nuclear Medicine Society Annual Scientific Meeting. Copenhagen, Denmark. |
| June 5, 1990 | Myocardial Perfusion by Positron Tomography. 8th European and American Cardiology Course at Hammersmith Hospital. London, UK |
| June 7, 1990 | Detection of Myocardial Ischemia by PET imaging. 8th European and American Cardiology Course at Hammersmith Hospital. London, UK |
| September, 1990 | Evaluation of Collateral Coronary Circulation. 12th Congress of the European Society of Cardiology September 16-20, Stockholm, Sweden. |

| | |
|---|---|
| Oct 16, 1990 | "RMBF with H215O and PET in Syndrome X", International Workshop on Chest Pain with Normal Coronary Angiogram. University of Pisa. Pisa, Italy |
| May 7, 1992 | PET in Cardiology. University of Minnesota. Minneapolis, MN, USA |
| September, 1993 | Grand Rounds. Pennsylvania Hospital. Phila, PA, USA |
| October, 1994 | Special Grand Rounds. Ramos Mejia Hospital. Buenos Aires, Argentina. |
| November, 1994 | Clinical Applications of Cardiac PET. Cardiology Grand Rounds. Lankenau Hospital, Wynnwood, PA, USA |
| March, 1995 | Frontiers in Cardiac Nuclear Imaging. New York Chapter Scientific Meeting of the Society of Nuclear Medicine. Atlantic City, NJ, USA |
| April, 1995 | Advances in Cardiac Nuclear Imaging. Philadelphia Nuclear Medicine Conference. Phila. PA, USA |
| April, 1995 | Diagnosis of Myocardial Viability with PET. Grand Rounds, Philadelphia Heart Institute. Presbyterian Hospital, Phila. PA, USA |
| June, 1995 | Clinical Utility of Cardiac PET. Spanish Congress of Nuclear Medicine. Pamplona, Spain. |
| September, 1995 | International guest speaker on Advances in Nuclear Cardiology. Annual Congress of the Argentinian Society of Cardiology. Buenos Aires, Argentina. |
| November, 1996 | Myocardial Blood Flow Measurment with PET. Div. of Cardiology. Allegheney University Hahnemann Hospital. |
| February, 1997 | Recent Advances in Myocardial Perfusion Imaging with SPECT. Philadelphia Nuclear Medicine Conference, Philadelphia, PA. |
| June, 1997 | Evaluation of Patients with Severe Left Ventricular Dysfunction with Nuclear Imaging. National Academy of Medicine, Buenos Aires, Argentina. |
| September, 1999 | The Role of Nuclear Cardiology in the Management of Patients with Coronary Artery Disease. New York Heart Center, Syracuse, New York. |
| April, 2000 | Impact of Myocardial Perfusion Imaging in the Management of Patients with Coronary Artery Disease. University Clinic "Luis Davila", Santiago, Chile |
| April, 2000 | The role of Myocardial Perfusion Imaging in the Evaluation of Patients undergoing non-cardiac surgery. Annual Session 2000 of the American College of Physicians – American Society of Internal Medicine. |
| September 6, 2000 | Semiquantitative Assessment of Myocardial Blood Flow with Tc-99 Sestamibi. European Association of Nuclear Medicine. Paris, France. |
| September 25, 2000 | Effect of Attenuation Correction on the Diagnosis of Circumflex Coronary Artery Disease. Scientific Session of the American society of Nuclear Cardiology. Chicago, IL, USA. |
| October 30, 2000 | The Role of Myocardial Perfusion Imaging in the Diagnosis and Management of Coronary Artery Disease. Sloan-Kettering Medical Center, New York, NY, USA. |

October 24, 2002

"The utility of nuclear medicine in risk stratification of patients with coronary artery disease", "Evaluation of Patients with Acute Coronary Syndromes", "The role of nuclear cardiology in the assessment of myocardial viability in patients with left ventricular dysfunction": I Simposio Internacional de Cardiologia Angiologia Y Cirugia Cardiovascular, "XXII Jornadas Saltenas de Cardiologia", Buenos Aires, Argentina

March 19, 2003

"The role of myocardial perfusion imaging in risk stratification of patients with coronary artery disease", New York Heart Center, Syracuse, NY, USA.

6

## BIBLIOGRAPHY:

**Research Publications - Peer-Reviewed:**

1. Girotti, L., Crosatto J., Mesutti, H., Kaski, J.C., Araujo, L.I., Vetuli, H., Rosembaum, M.B.: The Hyperventilation Test as a Method for Developing Successful Therapy in Prinzmetal's Angina. Amer J Cardiol 49: 83, 1982.

2. Kaski, J.C., Plaza, L.R., Meran, D.O., Araujo, L., Chierchia, S., Maseri, A.: Improved Coronary Supply: The Prevailing Mechanism of Action of Nitrates in Chronic Stable Angina. Amer Heart J. 110(I):2238-2245, 1985.

3. Camici, P., Araujo, L. , Spinks, T., Lammertsma, A.A., Kaski, J.C., Shea, M.J., Selwyn, A.P., Jones,T., Maseri,A.: Increased Uptake of F18-flurodeoxyglucose in Post-ischemic Myocardium of Patients with Exercise-Induced Angina. Circulation 74:(1)81-88, 1986.

4. Camici, P., Araujo, L., Spinks, T., Jones, T., Maseri, A.: Myocardial Blood Flow and Glucose Metabolism in Exercise Induced and Spontaneous Ischemia. Eur J Nucl Med 12:S49-S50, 1986.

5. Camici, P., Araujo, L., Spinks, T., Jones, T., Maseri, A.:  Myocardial Glucose Utilization in Ischemic Heart Disease: Preliminary Results with F18-Fluorodeoxyglucose and Positron Emission Tomography.  Eur Heart J. 7 Suppl. C:19-23, 1986.

6. Kaski JC, Crea F, Meran D, Rodriguez L, Araujo L, Chiechia S, Davis G, Maseri A. Local Coronary Supersensitivity to Diverse Vasoconstrictive Stimuli in Patients with Variant Angina. Circulation. 74(6) 1255-65, 1986.

7. Camici, P., Araujo, L., Spinks, T., Lammertsma, A.A., Sohanpal, S.K., Jones, T, Maseri, A.: Prolonged Metabolic Recovery Allows Late Identification of Ischemia in the Absence of Electro-cardiographic and Perfusion Changes in Patients with Exertional Angina. Canadian J Cardiology. Suppl A:131A-135A, 1986

8. Araujo, L., Camici, P., Spinks, T.J., Jones,T., Maseri, A.: Effects of Nifedipine on Myocardial Metabolism in Patients with Unstable Angina. European Heart Journal 8:9-13, 1987.

9. Araujo, L., Camici, P., Spinks, T.J., Jones, T., Maseri, A.: Beneficial Effect of Nitrates on Myocardial Glucose Utilization in Unstable Angina Pectoris. Amer J Cardiol 60:1987.

10. Spinks, T.J., Araujo, L.I. and Camici, P.: Regional Myocardial Glucose Metabolism in Angina Pectoris Obtained from Positron Emission Tomography. J Thoracic Imag Vol 3:(2)56-63, 1988.

11. Weinberg, I.N., Huang, S.C., Hoffman, E.J., Araujo, L., Nienaber, C., Grover-McKay, M., Dahlbom, M., Schelbert, H.: Validation of PET-Acquired Input Functions for  Cardiac Studies. J Nucl Med 29:241-247; 1988.

12. Araujo, L.I., Camici, P., Spinks, T.J., Jones, T., Maseri, A.: Abnormalities in Myocardial Metabolism in Patients with Unstable Angina as Assessed by Positron Emission Tomography. Cardiovascular Drugs and Therapy 2:41-46, 1988.

13. Schwaiger, M., Neese, R.A., Araujo, L., Wijns, W., Wisneski, J.A., Sochor, H., Swank, H., Kulber, D., Selin, C., Phelps, M.E., Schelbert, H.R., Fishbein, M.C., Gertz, E.W.: Sustained Nonoxidative Glucose Utilization and Depletion of Glycogen in Reperfused Canine Myocardium. J Amer Coll Cardiol 13:745-54, 1989.

14. Maseri A, Kaski JC, Crea F, Araujo LI. Electrocardiographic Diagnosis of Transient Myocardial Ischemia. Sensitivity, Specificity and practical significance. Annals of the New York Academy of Sciences. 601:51-60, 1990

15. Huang, S.C., Willams, B.A., Krivokapich, J., Araujo, L.I., Phelps, M.E., Schelbert, H.R.: Rabbit Myocardial Kinetics and a Compartmental for Blood Flow Estimation. Amer J Physiol 256 (Heart Circ.Physiol 25): H1156-H1164, 1989.

16. Araujo, L.I., Lammertsma, A.A, , C.G., McFalls, E.O., Iida, H., Rechavia, E., Galassi, A., De Silva, R., Jones, T., Maseri, A.: Noninvasive Quantification of Myocardial Blood Flow in Normal Volunteers and Patients with Coronary Artery Disease Using Oxygen-15 Labeled Carbon Dioxide Inhalation and Positron Emission Tomography, Circulation 83(3): 875-85, 1991.

17. Iida H, Rhodes, CG, de Silva R, Yamamoto Y, Araujo LI, Maseri A, Jones T.  Myocardial Tissue Fraction-Correction for Partial Volume Effects and Measure of Tissue Viability. J Nucl Med 32(11): 2169-75, 1991.

18. O'Byrne Gt, Nienaber CA, Miyazaki A, Araujo L, Fishbein MC, Corday E, Schelbert HR. Positron Emission Tomography Demonstrates that Coronary Sinus retroperfusion can Restore Regional Myocardial Perfusion and Preserve Metabolism.  J Amer Col of Cardio 18 (1): 257-70, 1991.

19. Rechavia, E., Araujo, L.I., De Silva, R., Kushwaha, S., Lammertsma, A.A., Jones, T., Mitchel, A., Maseri, A., M.H.: Dipyridamole Vasodilatory Response After Human Orthotopic Transplantation. J Amer Coll Cardiol, 19(1):100-6, 1992.

20. Spinks, T.J., Araujo, L.I., Rhodes, C.G.: Physical Aspects of Cardiac Scanning with a Block Detector Positron Tomograph. J Comput Assist Tomogr, 1991.

21. Iida, H., Rhodes, C.G., Yamamoto, Y., DeSilva, R., Jones, T., Araujo, L.I.: Two Methods for Correcting for Underestimation of Myocardial Radioactivity Due to Partial Volume Effect. J Nucl Med 31:(4)737, 1990.

22. Lammertsma AA, De Silva R, Araujo LI, Jones T. Measurement of Regional Myocardial Blood Flow Using C15O2 and Positron Emission Tomography: Comparison of Tracer Models. Clin Phys Physiol Meas. 13(1):1-20, 1992

23. Kaski J.C., Araujo, L.I., Maseri, A.: Effects of Oxifedrine on Regional Myocardail Bood Flow in Patients with Coronary Artery Disease. Cardiovasc Drugs Ther; 5(6): 991-6, 1991.

24. Iida H, Rhodes CG, De Silva R, Yamamoto Y, Araujo LI, Masri A, Jones T. Myocardial Tissue Fraction Correction for  Partial Volume Correction and measure of Tissue Viability. J Nucl Med. 32(11):2169-75, 1991.

25. Rechavia, E., Galassi, A., Araujo, L.I., Halson, P., Lammertsma, A.A., Jones, T., Lavender, P., Maseri, A.: The Significance of a Dipyridamole in Induced MIBI perfusion Abnormality on SPECT: A Quantitative validation with labelled water and PET. Eur J Nucl Med, 19(12): 1044-9, 1992.

26. Vaghaiwalla Mody, F., Buxton, D., Araujo, L.I., Hansen, H., Selin, C., Fishbein, M.E., Schelbert, H.R., Schwaiger, M.: Blood Flow Dependent Uptake of In-111 Monoclonal Antimyosin Antibody in Canine Acute Myocardial Infarction. J Amer Coll of Cardiol, Dec 1991.

27. RechaviaE, AraujoLI, De Silva R, Kushwaha SS, Lammerstma AA, Jones T, Mitchell A, Maseri A, Yacub MH. Dipyridamole vasodilator response after Human orthotopic Heart Transplantation: Quantification by Oxygen-15-labeled water and Positron Emission Tomography.  J Amer Coll Cardiol, 19(1)100:6, 1992

28. Grover-McKay, M., Ratib, O., Schwaiger, M., Wohlgelertner, D., Araujo, L., Nienaber, C, Phelps, M.E., Schelbert, H.R.: Detection of Coronary Artery Disease with Positron Emission Tomography and Rubidium-82. 123(3):646-52, 1992.

8

29. Yamamoto, Y., De Silva, R, Rhodes, C.G., Araujo, L.I., Iida, H., Rechavia, E., Nihoyannaopoulus, P., Hackett, D., Galassi, A, Taylor, C., Lammertsma, A.A., Jones, T., Maseri, A.: A New Strategy for the Assessment of Viable Myocardium and Regional Blood Flow using O-15 Water and Dynamic Positron Emission Tomography. Circulation, 86:167-78, 1992,

30. Iida, H, Rhodes, C., De Silva, R., Araujo, L.I., Bloomfield, P.M., Lammerstma, A.A., Jones, T.: Use of the Left Ventricular Time-Activity Curve as a Noninvasive Input Function in Dynamic Oxygen-15-Water Positron Emission Tomography. J Nucl Med 33:1669-77, 1992.

31. Mody, F.V., Buxton D.B., Araujo, L.I., Fishbein, M.E., Selin, C.E., Schelbert, H.R., Schwaiger, M.: Blood flow-dependent uptake of indium-111 monoclonal antimyosin antibody in canine acute myocardial infarction. J Amer Coll Cardiol 1993 Jan;21(1):233-9, 1993.

32. McFalls, E.O., Araujo, L.I., Lammertsma, A., Rhodes, C.G., Bloomfield, P., Pupita, G., Jones, T., Maseri, A. Vasodilator reserve in collateral-dependent myocardium as measured by positron emission tomography. Eur Heart J. Mar; 14(3):336-43. 1993

33. Galassi, A.R., Crea, F., Araujo, L.I., Lamertsma, A.A., Putita, G., Yamamoto, Y., Rechavia, E., Jones, T., Kaski, J.C., Maseri, A.: Comparison of regional myocardial blood flow in syndrome X and one-vessel coronary artery disease. Amer J. Cardiol, Jul 15;72(2):134-9, 1993.

34. Crea, F., Gaspardone, A., Araujo, L., DaSilva, R., Kaski, J.C., Davies, G., Maseri, A.: Effects of aminophylline on cardiac function and regional myocardial perfusion: implications regarding its antiischemic action. Amer Heart J. Apr 127(4Pt 1):817-24, 1994.

35. Iida H, Rhodes CG, Araujo L, Yamamoto Y, de Silva R, Maseri A, Jones T. Noninvasive Quantification of regional myocardial metabolic rate for oxygen by use of 15-O-2 inhalation and positron emission tomography. Theory, error analysis and application in humans. Circulation 94 (4);792-807, 1996.

36. Chin BB, Moshin J, Bouchard M, Berlin JA, Araujo LI, Alavi A. Hemodynamic Indices of Myocardial Dysfunction Correlate with Dipyridamole Thallium-201 SPECT. J Nucl Med 37(5): 723-9, 1996.

37. Nallamouthu N, Araujo LI, Russell J, Heo J, Iskandrian AE. Prognostic Value of Simultaneous Perfsion and Function assessment Using Technetium-99m Sestamibi. Amer J of Card. 78(5): 562-4, 1996.

38. Rechavia E, De Silva R, Kushwaha SS, Rhodes CG, Araujo A, Jones T, Maseri A Yacoub MH. Enhanced myocardial 18-F-fluorodeoxyglucose uptake following orthotopic cardiac tranplantation assessed by positron emission tomography. J Amer Coll Cardiol, 30(2):533-8, 1997

39. Araujo LI, Jimenez-Hoyuela JM, Sloane MH. Interesting Finding: Pericardial Effusion on Tomographic MUGA Images Before Adriamycin. J Nucl Card, 4(6): 569-70, 1997.

40. Jimenez-Hoyuela J, McClellan J, Alavi A, Araujo LI. Effect of attenuation correction on myocardial perfusion imaging with SPECT. Spanish Journal Cardiol. 51 Supp 1: 26-32, 1998.

41. Mozley PD, Sutubbs JB, Possl K, Dresel SH, Barraclough ED, Alavi A, Araujo LI and Kung HF. Biodistribution and dosimetry of TRODAT-1: A Technitium-99m tropane for imaging dopamine transporters. J Nucl Med, 39(12): 2069-76, 1998.

42. Jimenez-Hoyuela JM, Alavi A, Araujo LI. Study of Myocardial Viability by Positron Emission Tomography. Review-Spanish, Revista Espanola de Medicina Nuclear 17(1): 49-60, 1998.

43. Araujo LI, Jimenez-Hoyuela J, Sloane MH. Pericardial effusion on tomographic MUGA images before adriamycin. J Nucl Cardiol 4 (6):569-70, 1997.

44. Araujo LI, Jimenez-Hoyuela J, Lin E, Viggiano J, Alavi A, McClellan J. Improved uniformity in tomographic myocardial perfusion imaging with attenuation correction and enhanced acquisition and processing. J Nucl Med; 41:1139-1144, 2000.

45. Yun M, Yeh D, Araujo LI, Yang S, Newberg A, Alavi A. F-18 FDG uptake in the large arteries: a new observation. Clin Nucl Med; 26(4): 314-319, 2001.

46. Araujo LI, Maseri A, McFalls EO, Lammerstma AA, Jones T. Dipyridamole induced increased glucose uptake in patients with single vessel coronary artery disease assessed with positron emission tomography. J Nucl Cardiol; 8(3): 339-346, 2001.

**Submitted Papers**

1. Araujo LI, Sabol ME, Lien D, Alavi A. Myocardial Blood Flow Quantification with Technetium-99m Teboroxime and Fast Dynamic SPECT Imaging. Submitted, J Nucl Cardiol.

**In Press**

1. Wong K. Araujo LI, McClellan JR, Loh E. Relationship between extravascular lung density and exercise capacity in patients with heart failure. In Press, J Nucl Cardiol.

2. Darze ES, Wong K-L, McClellan JR, Loh E, Araujo A. The measurement of extravascular lung density with SPECT imaging and its relationship with ventilatory abnormalities in patients with congestive heart failure. In Press, J Nucl Cardiol, 2003.

**ABSTRACTS:**

Araujo, L., Kaski, J.C., Rivas, C.: Pulmonary Thromboembolism: Anatomoclinic Correlation. Instituto Modelo de Clinical Medica, "Luis Agote", University of Buenos Aires, 1977.

Przybilsky, J., Araujo, L., Soria, F., Elizari, M.V., Rosembaum, M.B.: A Model for the Study of Concealed Anomalous Pathways. XVII Argentine Congress of Cardiology, 21-27 October 1979. Cordoba, Argentina.

Przybilsky, J., Rivas, C., Araujo, L., Chiale, P., Elizari, M.V., Rosembaum, M.B.: Effects of Intravenous Amiodarone in Patients with Wolff-Parkinson White Syndrome. XVII Argentine Congress of Cardiology, 21- 27 October 1979. Cordoba, Argentina.

Araujo, L., Crosatto, J., Kaski, J.C., Mesutti, H., Girotti, L.: Detection of Myocardial Ischemia with Radionuclides during Coronary Spasm Induced by Hyperventilation. XVII Argentine Congress of Cardiology, October 1981. Buenos Aires, Argentina.

Fachinat, A., Ringelheim, J., Mesutti, H., Araujo, L., Girotti, L. and Rosembaum,M.B.: Arrhythmias during Coronary Spasm Induction. XVII Argentine Congress of Cardiology, October 1981. Buenos Aires, Argentina.

Araujo, L. Girotti, L., Rosenbaum, M.B.: Hyperventilation as a Method of Coronary Spasm Induction. XVII Argentine Congress of Cardiology, 1981. Buenos Aires, Argentina.

Camici, P., Araujo, L., Spinks, T., Kaski J C, Maseri, A.: Persistent chronic metabolic abnormalities in patients with unstable angina. 57th Scientific Sessions of the American Heart Association, Miami Beach, Florida, U S A, November 1984.

Araujo, L., Camici, P., Spinks, T.J., Kaski, J.C., Jones, T., Maseri, A.: Increased Myocardial Glucose Uptake in Unstable Angina in the Absence of Signs of Necrosis and Acute Ischemia. The American Heart Association's 58th Scientific Sessions, Washington, USA, 11-14 November 1985.

Lammertsma, A.A., Araujo, L., Camici, P., Spinks T.J., Luthra, S.K., Pike,V.W. and Jones,T.: Non-invasive Measurement of Glucose and Deoxyglucose Uptake in Human Myocardium. The American Heart Association's 58th Scientific Sessions, Washington, USA, 11-14 November 1985.

Kaski, J.C., Crea, F., Rodriguez, L., Meran, D.O, Araujo, L., Maseri, A.: Role of Local Coronary Supersensitivity and Specific Vasoconstrictor Stimuli in Vasospastic Angina. The American Heart Association's 58th Scientific Sessions, Washington, USA, 11-14 November 1985.

Araujo, L., Camici, P., Spinks, T., Jones, T. and Maseri, A.: Myocardial Glucose Utilization is Changed by Medical and Surgical Treatment of Ischemia.  X World Congress of Cardiology, Washington DC, USA, September 14-19, 1986.

Camici, P., Araujo, L., Spinks, T., Jones, T., Maseri, A.: Effects of Exercise on Glucose Utilization in Normal Myocardium Assessed by Positron Emission Tomography. IV International Congress, World Federation of Nuclear Medicine and Biology, Buenos Aires, Argentina, November 2-7 1986.

Araujo, L., Camici, P., Spinks, T., Jones, T., Maseri, A.: Global Increase of Myocardial Glucose Metabolism in Patients with Unstable Angina Assessed by Positron Emission Tomography. IV International Congress, World Federation of Nuclear Medicine and Biology, Buenos Aires, Argentina, November 2-7 1986.

Camici, P., Araujo, L., Spinks, T., Lammertsma, A.A., Bailey, I.A., Pike, V.W., Luthra, S.K.: Complementary Use of F18-flurodeoxyglucose and C11-glucose for the Study of Myocardial Glucose Metabolism in Man Using PET. European Nuclear Medicine Congress 1986, Congress Centre at the "Achtermann", Goslar, F.R.G.

Schwaiger, M., Fishbein, M.C., Wijns, W., Kulber, D., Chai, A., Araujo, L., Phelps, M.E., Schelbert, H.R.: Prolonged Glycogen Depletion and Increase of Glucose Utilization in Reperfused Canine Myocardium. American Heart Association's 59th Scientific Sessions, Dallas, 17 - 20 November 1986. Circulation 74 (Supp II):  II-211; October 1986.

Schwaiger, M., Araujo, L., Luxen, A., Buxton, D., Krivokapich, J., Phelps, M.E., Schelbert, H.R.: Sustained Catecholamine Depletion in Stunned Canine Myocardium. Circulation 76 (Supp IV):IV-378; October 1987.

Vaghaiwalla Mody, F., Araujo, L., Buxton, D.B., Hansen, H., Selin, C.E., Fishbein, M.C., Schelbert, H.R., Phelps, M.E. and Schwaiger, M: Characterization of Ischemic Tissue Injury in Canine Myocardium Utilizing F-18 FDG and In-111 Antimyosin Antibody. UCLA School of Medicine. Circulation 76 (Supp IV): IV-508; October 1987.

Grover-McKay, M., Huang, S.C., Hoffman, E.J., Araujo, L., Phelps, M.E., Schelbert, H.R.: Noninvasive Quantification of Myocardial Blood Flow in Dogs Using RB-82 and PET. American Heart Association's 59th Scientific Sessions, Dallas, 17-20 November 1986.

Grover-McKay, M., Hoffman, E.J., Huang, S.C., Araujo, L., Wohlgelertner, D., Josephson, M., Schwaiger, M., Phelps, M.E., Schelbert, H.R.: Investigation of Quantitative Determination of Myocardial Blood Flow in Patients Using PET and Rubidium-82 (RB-82). American Heart Association's 59th Scientific Sessions, Dallas, 17-20 November 1986.

Grover-McKay, M., Hoffman, E.J., Huang, S.C., Araujo, L., Phelps, M.E., Schelbert, H.R.: Rubidium-82 and PET for Evaluation and Measurement of Regional  Myocardial Blood Flow and Noninvasive Detection of Coronary Artery Disease.  Society of Nuclear Medicine 33rd Annual Meeting, Washington, 22-25 June 1986.

Schwaiger, M., Araujo, L.I., Buxton, D.B., Schwenk, S., Fishbein, M.C, Phelps, M.E. and Schelbert,H.R. Metabolic Identification of Stunned Canine Myocardium by Positron Emission Tomography. Presented at the American College of Cardiology, March 8-12 1987, New Orleans, Louisiana.

Araujo, L.I., McFalls, E.O., Lammertsma, A.A., Rhodes, C.G. and Jones, T.: PET Quantitation of Myocardial Blood Flow Using 015-water in Dogs and Patients. Circulation 78, No 4:2-322, 1988.

Araujo, L.I., McFalls, E.O. Lammertsma, A.A., Jones, T., Pupita, G., Maseri, A.: Quantitative Measurement of Myocardial Blood Flow and Coronary Flow Reserve in Patients with CAD Employing 0-15 Water and Positron Emission Tomography (PET). JACC 13(2): 45A. February 1989.

Araujo, L.I., McFalls, E.O., Rhodes, C.G., Pike, V.W, Jones, T., Maseri, A.: Identification of Transient Regional Myocardial Metabolic Abnormalities in Patients with Chronic Stable Angina Using Positron Emission Tomography (PET). JACC; 13(2):97A, February 1989.

Araujo, L.I., McFalls, E.O., Rechavia, E., Lammerstma, A.A., Rhodes, C.G., Jones, T. and Maseri, A.: Positive Identification of Dipyridamole Induced Myocardial Ischemia by Positron Emission Tomography. Circulation 80:(4):2-48, 1989.

Araujo, L.I., Rechavia, E., McFalls, E.O., Lammerstma, A.A., Jones, T. and Maseri, A.: Measurement of Myocardial Blood Flow in Myocardial Infarction with Multi-Slice Positron Emission Tomography. Circulation; 80:(4):2-349, 1989.

McFalls, E.O., Araujo, L.I., Lammerstma, A.A., Rhodes, C.G. and Jones, T.: The Assessment of Coronary Flow and Flow Reserve in Patients with Collateral-Dependent Myocardium Using Positron Emission Tomography. Circulation; 80(4):2-639, 1989.

Rechavia, E., Araujo, L.I., Kushwaha, S., Lammertsma, A.A., Jones, T., Mitchel, A., Maseri, A. and Yacoub, M.: Dipyridamole Response in Cardiac Transplantation Assessed by PET. 39th Annual Scientific Sessions of the American College of Cardiology. March 18-22, 1990. New Orleans.

Rechavia, E., Galassi, A., Araujo, L.I., Halson, P., Lammertsma, A.A., Jones, T., Lavender, P., Maseri, A.: The Perfusion Significance of SPECT-MIBI Defect: Quantitative Validation with O-15 Water and PET. 39th Annual Scientific Sessions of the American College of Cardiology. March 18-22, 1990. New Orleans.

Galassi, A., Araujo, L.I., Lammertsma, A.A., Yamamoto, Y., Rhodes, C.G., Iida, H., Jones, T., Maseri, A.: Quantitave PET Measurement of Dipyridamole Vasodilatory Capacity in Humans. 39th Annual Scientific Sessions of the American College of Cardiology. March 18-22, 1990. New Orleans.

Iida, H., Rhodes, C.G., Araujo, L.I., Taylor, C.J.V., Jones, T., Tochon-Danguy, H., Maseri, A., Kanno, I., Ono, Y.: Noninvasive Quantification of Regional Myocardial Metabolic Rate for Oxygen by Use of $^{15}O_2$ Inhalation and Positron Emission Tomography. JNM 31:(4):737, 1990.

Iida, H., Rhodes, C.G., Yamamoto, Y., De Silva, R., Jones, T., Araujo, L.I.: Two Methods for Correcting for Underestimation of Myocardial Radioactivity Due to Partial Volume Effect. JNM 3:(4):737, 1990.

Iida, H., Rhodes, C.G., Kanno, I., Jones, T., De Silva, R., Araujo, L.I.: Noninvasive LV Time Activity Curve as an Input Function in H215O Dynamic PET . JNM 31:(4):778, 1990.

Iida, H., Rhodes, C.G., Yamamoto, Y., De Silva, R., Jones, T., Araujo, L.I.: Noninvasive Measurement of Regional Myocardial Oxygen Metabolism in Humans Using O-15 and Positron Emission Tomography. (Presented in the 1990 AHA scientific meeting)

Rechavia, E., Araujo, L.I., De Silva, R., Lammertsma, A.A., Jones, T., Maseri, A.: Post-Dipyridamole 18FDG Uptake and Myocardial Blood Flow in Fasting Normal Volunteers. Circulation 82:(4) III-614, 1990.

Araujo, L.I., Rhodes, C.G., Hughes, J.M.B., De Silva, R., Yamamoto, Y., Brady, F., Luthra, S.K., Touchon-Danguy, H., Steel, C., Jones, H.A., and Jones, T., MRC Cyclotron Unit, Hammersmith Hospital, London, UK: Assessment of Myocardial Beta Receptors in Vivo Using C-11 (S) CGP 12177 and Positron Emission Tomography (PET). Soc of Nucl Med, 1992.

12

Araujo, L.I., Maseri,A., McFalls, E.O., Galassi, A., Lammertsma, A.A., Jones, T.:  Transmural Coronary Steal is the Predominant Mechanism of Dipyridamole Induced Myocardial Ischemia  in Patients with Single Vessel Coronary Artery Disease. (J Amer Coll Cardiol; 19(3):337A1992;)

Rechavia, E., De Silva, R, Araujo, L.I., Nihoyannopoulos, P., Lammertsma, A.A., Jones, T., Maseri, A.: Hyperdynamic Performance of Uninvolved Myocardium in Acute Infarction.  Correlation between Regional Contractile Function and Myocardial Perfusion. (J Amer Coll Cardiol 1992, 19;3:121A)

Spinks, T.J., Araujo, L.I., Rhodes, C.G., Hutton, B.F.: Physical Aspects of Cardiac Scanning with a Block Detector Positron Tomograph. J Comput Assist Tomogr; 15(5):893-904; 1991.

Lammertsma, A.A., De Silva, Araujo, L.I., Jones, T.:  Measurement of Regional Myocardial Blood-Flow Using C15O2 and Positron Emission Tomography - Comparison of Tracer Models. Clin Phys Physiol Meas; 13 (1):1-20, 1992.

Lien, D.C., Araujo, L.I., Budinger, T., Alavi, A.:  Quantification of Myocardial Blood Flow can be Obtained with Technetium-99m Teboroxime and Fast Dynamic SPECT Scanning. J Amer Coll Cardiol; 21:376, 1993.

Zukerberg, B.W., Alavi, A., Araujo, L.I.:  The Level of Lung N-13 Ammonia Uptake Correlates with the Degree of Left Ventricular Dysfunction.  The Society of Nuclear Medicine 42nd Annual Meeting, Minneapolis, MN, 12-15 June 1995.

Zukerberg, B.W., Alavi, A., Araujo, L.I.: Regional Distribution of Lung N-13 Ammonia Uptake as Characterized by PET. The Society of Nuclear Medicine 42nd Annual Meeting, Minneapolis, MN, 12-15 June, 1995.

Korn, R.L., Saffer, J.R., McClellan, J.M., Maffei, J., Alavi, A., Araujo, L.I.: Measurement of Relative Lung Densities Using SPECT Transmission Data in Phantoms and Normal Patients. Society of Nuclear Medicine 43rd Annual Meeting, Denver, CO, 3-6 June, 1996.

Viggiano, J., Saffer, J.R., Alavi, A., McClellan J.M., Araujo, L.I.:  Improved Uniformity in a Cardiac Phantom with Attenuation Correction Even at Increasing Levels of Liver Activity. J Nucl Med; 37(5):176; May 1996.

Florio, F., Korn, R.L., McClellan, J.M., Alavi, A., Araujo, L.I.:  Comparison of Tomographic MUGA Left Ventricular Ejection Fractions to Planar Techniques.
J Nucl Med; 37(5): 92; May 1996.

Viggiano, J., McClellan, J.M., Alavi, A., Araujo, L.I.:  Improved Tc-99m Sestamibi Uniformity with Attenuation Correction in Patients with Low Likelihood for Coronary Artery Disease. Society of Nuclear Medicine 43rd Annual Meeting, Denver, CO, 3-6 June, 1996.

Araujo LI, Jimenez-Hoyuela JM, Lin E, Alavi A, McClellan JR.  A 360 degree acquisition protocol during tc-99 sestamibi and SPECT improves regional tracer distribution.  3rd International Conf. of Nuclear Cardiology, April 6-9, 1997, Florence, Italy.

McClellan JR, Viggiano J, Alavi A, Araujo LI.  Gender uniformity with SPCT images obtained with attenuation correction (AC) and enhanced acquisition methods. 3rd International Conf. of Nuclear Cardiology, April 6-9, 1997, Florence, Italy.

Araujo LI, Loh E, Maffei J, Reilley J, Alavi A, McClellan JR.  Gas exchange abnormalities in patients with congestive heart failure (CHF) correlate with increased lung density. 3rd International Conf. of Nuclear Cardiology, April 6-9, 1997, Florence, Italy.

Araujo LI, Korn R, Maffei J, Alavi A, McClellan JR.  Quantification of regional lung density and blood volume with tomographic and blood pool imaging. 3rd International Conf. of Nuclear Cardiology, April 6-9, 1997, Florence, Italy.

13

Eisenberg DA, Saffer JR, Jang S, Alavi A, Araujo LI.  Effect of weight on attenuation coefficient measurements by transmission SPECT scanning in patients undergoing myocardial perfusion imaging.  J Nucl Med; 39(5): 46, 1998.

Jang S, Saffer JR, Karp JS, Araujo LI, Alavi A.  Effects of scatter correction on Tc-99m sestamibi myocardial perfusion imaging.  J Nucl Med; 39(5): 180, 1998.

Jang S, Smith, RJ,  Saffer JR, Araujo LI, Kilroy KJ, Karp JS.  Myocardial imaging with SPECT and PET: a comparative study. J Nucl Med; 39(5): 120, 1998.

Mozley PD, Stubbs JB, Possi K, Dresel S, Barraclough ED, Araujo LI, Alavi A, Meegalla SK, Saffer J, Kung HF.  The biodistribution and dosimetry of a technitium 99m labeled Tropane for imaging Dopamine transporters. J Nucl Med; 39(5); 221, 1998.

Araujo LI, Matthies A, Saffer J. Semi-quantitative Assessment of Coronary Flow Reserve with SPECT and Tc-99m Sestamibi. European Association of Nuclear Medicine. Paris, France

Araujo LI, Sinha P.  Significance of  Perfusion Defects on Tc-99 Sestamibi that Appear Worse at Rest (Reverse Redistribution). European Association of Nuclear Medicine. Paris, France.

Araujo LI, Quinn V, Sabol ME, Alavi A.  Attenuation Corrected SPECT Myocardial Perfusion Imaging (MPI) Improves Accuracy in the Evaluation of Circumflex Coronary Artery Stenosis. 5th Annual Symposium of the ASNC, September 2000, Chicago, Illinois.

Araujo LI, et al.  Quantification of variability in the response of circulating adenosine to dipyridamole in patients undergoing coronary vasodilator stress testing. 2002 Scientific Sessions, American Heart Association, November 17-10, 2002, Chicago, Illinois, USA.

Bhutani C, Bhargava P, Kunjummen BD, Alavi A, Araujo LI.  The septal perfusion defect in patients with left bundle branch block is more frequently associated with severe left ventricular dysfunction.  Proceedings of the 50th Society of Nuclear Medicine Annual Meeting, June 20-25, 2003, New Orleans, LA.  J Nucl Med, 2003; 44(5):197P.

Bhutani C, Bhargava P, Gupta N, Kunjummen BD.  The prevalence of reversible septal perfusion defects in patients with left bundle branch block. EANM'03, Annual Congress of the European Association of Nuclear Medicine, August 23-27, 2003, Amsterdam, The Netherlands.

Yu JQ, Fuster D, Guan L, Bhargava P, Zhuang HM, Araujo L, Alavi A. Chemotherapy can influence cardiac uptake of FPD on PET images in patients with lymphoma. EANM'03, Annual Congress of the European Association of Nuclear Medicine, August 23-27, 2003, Amsterdam, The Netherlands.

14

**Editorials, Reviews, Chapters:**

Gallo, A., Araujo, L.I., Llambi, H.G., Taquini, C.M. Pathophysiological Basis for the Treatment of Hypertension. Respuesta Cientifica. 3:37-41, 1981.

Camici, P., Kaski, J.C., Shea, M.S., Lammertsma, A.A., Araujo, L., Jones, T. Selective Increase Glucose Utilization in the Postischemic Myocardium of Patients with Stable Angina. In: Hammersmith Cardiology Workshop Series. Ed. Maseri, A., Raven Press, New York, Vol. 2, Chapter 12, p81-85, 1985.

Camici, P., Araujo, L., Spinks, T., Lammertsma, A.A., Jones, T. Regional Abnormalities of Myocardial Disease. In: Hammersmith Cardiology Workshops Series, Raven Press, Volume 3, 1997.

Araujo, L., Schelbert, H.R.: Rubidium 82: Dynamic Positron Emission Tomography Imaging in Ischemic Heart Disease. Amer J Cardiovasc Imaging 1:(2):117-124;1987.

Araujo, L.I. and Maseri, A. Whole Heart Distribution of Myocardial Perfusion. Metabolism and Myocardial Viability by Positron Emission Tomography. British Medical Bulletin 45:(4), 1989.

Araujo, L.I.: Myocardial Perfusion and Metabolism in Patients with Acute Myocardial Ischemia as Assessed by Positron Emission Tomography. In: Imaging, Measurement and Analysis of the Heart. Hemisphere Publishing Corporation, Washington DC. Chapter 23, 1993.

Araujo, L.I.:.Myocardial Perfusion and Metabolic Changes Associated with Transient Episodes of Ischemia in Patients with Coronary Artery Disease. Coronary Artery Disease. Sep/Oct 1990, Vol 1 No 5.

Araujo, L.I., Jones, T., Maseri, A.: Whole Heart PET Studies for Clinical Research. The Management of Acute Myocardial Ischemia. Ed: Chamberlain, D.A, Julian, D.G., Selight, P., Chapman and Hall Medical, London, Chap. 2: p 42-45, 1993.

Araujo, L.I. Jimenez-Hoyuela J.: The Use of PET in the Diagnosis of Myocardial Viability. Ed: Cesar Belziti. Buenos Aires, Argentina. 1998.

Araujo, LI. Non-invasive Diagnosis of Myocardial Viability: A Continuous Search. Spanish Journal of Cardiology July 2000.

Araujo, L.I. "The principle of Cardiovascular Nuclear Imaging" in Cardiovascular Imaging. A companion of Braunwald's Diseases of the Heart. Ed: Martin St John Sutton. To be published Nov 2003.

15