IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHRISTOPHER CRENSHAW,** | : | **CIVIL ACTION** |
| **Administrator of the Estate of** | : | |
| **THOMAS CRENSHAW** | : | |
| | : | **No. 02-CV-4006** |
| **v.** | : | |
| | : | |
| **UNITED STATES OF AMERICA** | : | |

## ORDER

     **AND NOW**, this 10th day of March, 2004, after a non-jury trial and based upon the Court's findings of fact and conclusions of law, it is **ORDERED** that **JUDGMENT** is entered in favor of the defendant and against the plaintiff.

                                          _____
                                          TIMOTHY J. SAVAGE, J.